Steven James Goodhue (#029288)
Law Offices of Steven James Goodhue
9375 East Shea Blvd., Suite 100
Scottsdale, AZ  85260
Telephone: (480) 214-9500
Facsimile: (480) 214-9501
E-Mail: sjg@sjgoodlaw.com

*Attorney for Plaintiff*
*AF Holdings, L.L.C.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AF HOLDINGS, L.L.C., a St. Kitts and Nevis limited liability company, | CASE NO.: 2:12-CV-02144-PHX-GMS |
| Plaintiff, | |
| v. | NOTICE OF SERVICE |
| DAVID HARRIS, | |
| Defendant. | |

On November 13, 2012, our office served the Court's Order of October 19, 2012 (ECF No. 10) on Defendant David Harris via First-Class Mail. (*See* Declaration of Paul Duffy, attached hereto.) Plaintiff files this notice to comply with the Court's Order. (ECF No. 10 at 2).

Dated this 14th day of November, 2012

Law Offices of Steven James Goodhue

By: _/s/ Steven James Goodhue_____
Steven James Goodhue (#029288)
9375 East Shea Blvd., Suite 100
Scottsdale, AZ  85260
*Attorney for Plaintiff*

1

*AF Holdings, L.L.C.*