Steven James Goodhue (#029288)
Law Offices of Steven James Goodhue
9375 East Shea Blvd., Suite 100
Scottsdale, AZ  85260
Telephone: (480) 214-9500
Facsimile: (480) 214-9501
E-Mail: sjg@sjgoodlaw.com

*Attorney for Plaintiff*
*AF Holdings, L.L.C.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AF HOLDINGS, L.L.C., a St. Kitts and Nevis limited liability company, | CASE NO.: 2:12-CV-02144-PHX-GMS |
| Plaintiff, | |
| v. | DECLARATION OF PAUL DUFFY |
| DAVID HARRIS, | |
| Defendant. | |

I, Paul A. Duffy, declare as follows:

1.     I am national counsel for Plaintiff AF Holdings, L.L.C.

2.     On November 13, 2012, our office served the Court's Order of October 19, 2012 (ECF No. 10) on Defendant David Harris via First-Class Mail.

Dated this 14th day of November, 2012.

By: _____

Paul Duffy