IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AF Holdings, LLC, a St. Kitts and Nevis limited liability company,<br><br>                    Plaintiff,<br><br>v.<br><br>David Harris,<br><br>                    Defendant. | No. CV-12-02144-PHX-GMS<br><br>**ORDER** |

**IT IS ORDERED** that Defendant's Motion to Allow Electronic Filing by a Party Appearing Without an Attorney (Doc. 11) is **denied**.

Dated this 14th day of November, 2012.

*A. Murray Snow*
G. Murray Snow
United States District Judge