FILED ___ LODGED
___ RECEIVED ___ COPY

NOV 19 2012

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ M DEPUTY

1  David Harris
   4632 E. Caballero ST
2  Number One
   Mesa, AZ  85205
3  (480) 297-9546
   troll.assassins@cyber-wizard.com
4
   Defendant Pro Se
5

6            IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF ARIZONA
7

8  AF Holdings, LLC                )
                                   )
9           Plaintiff,             )        Case 2:12-cv-02144-GMS
        vs.                        )
10                                 )        The Honorable G. Murray Snow
   David Harris                    )
11                                 )        **Motion for Reconsideration**
            Defendant.             )
12                                 )

13  _____

14  Under authority of LRciv7.2(g)

15           **NOTICE TO THE HONORABLE G. MURRAY SNOW**

16       Defendant does **NOT** expect special consideration because he is not a lawyer,

17  however I demand equal protection under the law.

18       On the 14th of November you denied my request for access to the courts cm/ecf

19  system. I object. You gave no reason whatsoever. I can cure any deficiency in the

20  'application'. I prepared a well written and complete motion, but the clerk recommended

21  that I not file it because the judge only looks at applications on a court form. So I hastily

22  filled out the application as my ride only put enough money in the parking meter for me to

23  file the motion and not to fill out an application.

24       You denying me access to the courts electronic filing system denies me the right to

25  defend myself as the hardship it puts upon me is insurmountable. I am destitute. Because

26  of the extent of this downtrodden economy it does not look like that is going to change.

27  If it were not for the damages I am claiming in the counterclaim I would just let this case

28  default as I have no money, no job, no property, I don't even have a car! That would not

1     be justice and justice is what I seek.

2     On November 30, 2009 The Honorable Roslyn O. Silver granted me cm/ecf
3     privileges for case 2:09-CV-01915-PHX-ROS I used the electronic filing system
4     throughout the case. I now have access to better software, better computer and the same
5     internet connection. Please tell me: What changed that justifies your denying me access
6     now?

7     I will find a way to file and serve my answer and counterclaim by paper, after that
8     I don't know.

9

10    I swear or affirm and declare or certify, verify or state under penalty of perjury that the
11    foregoing is true and correct so help me God.
12    Executed this_____ day of November, 2012.
13
14    _____
15    David Harris    11·19·2012
       4632 E. Caballero St.
16    Number One
       Mesa, Arizona 85205
17
       Defendant Pro Se
18
19
20
21
22
23
24
25
26
27
28