Steven James Goodhue (#029288)
Law Offices of Steven James Goodhue
9375 East Shea Blvd., Suite 100
Scottsdale, AZ 85260
Telephone: (480) 214-9500
Facsimile: (480) 214-9501
E-Mail: sjg@sjgoodlaw.com

*Attorney for Plaintiff*
*AF Holdings, L.L.C.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AF HOLDINGS, L.L.C., a St. Kitts and Nevis limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>DAVID HARRIS,<br><br>Defendant. | **CASE NO.: 2:12-CV-02144-PHX-GMS**<br><br>**PLAINTIFF'S ANSWER TO DEFENDANT'S COUNTERCLAIM** |

Plaintiff AF Holdings, L.L.C. ("Plaintiff"), through its undersigned counsel, as its Answer to Defendant David Harris' ("Defendant") Counterclaim, states as follows:

1. Plaintiff admits that it is a foreign corporation, but denies the remaining allegations contained in Paragraph 1 of Defendant's Counterclaims.

2. Plaintiff admits that Plaintiff's attorney of record filed and served Plaintiff's Complaint upon the Defendant, but denies the remaining allegations contained in Paragraph 2 of Defendant's Counterclaim.

3. Plaintiff denies the allegations contained in Paragraph 3 of Defendant's Counterclaim.

4. Plaintiff denies the allegations contained in Paragraph 4 of Defendant's Counterclaim.

5. Plaintiff lacks information sufficient to admit or deny the content of Defendant's allegations contained in Paragraph 5 of the Counterclaim, and therefore denies the same.

6. Plaintiff denies the allegations contained in Paragraph 6 of Defendant's Counterclaim.

**COUNT 1: MALICIOUS PROSECUTION**

7. Plaintiff denies the allegations contained in Paragraph 7 of Defendant's Counterclaim.

8. Paragraph 8 of Defendant's Counterclaim contains legal conclusions which Plaintiff is not required to admit or deny. To the extent that the allegations contained in Paragraph 8 require an admission or denial, Plaintiff hereby denies the same.

**COUNT II: ARIZONA CONSTITUTION Article II §8**

9. Plaintiff admits that it filed the instant case, but denies the remaining allegations contained in Paragraph 9 of Defendant's Counterclaim.

10. Plaintiff denies the allegations contained in Paragraph 10 of Defendant's Counterclaim.

**COUNT III: DEFAMATION**

11. Plaintiff denies the allegations contained in Paragraph 11 of Defendant's Counterclaim.

**COUNT IV: INFLICTION OF EMOTIONAL DISTRESS**

12. Plaintiff denies the allegations contained in Paragraph 12 of Defendants Counterclaim.

13. Any allegation set forth in Defendant's Counterclaim not specifically admitted or denied herein, is hereby denied.

**AFFIRMATIVE DEFENSES**

Plaintiff preliminarily advances the following Affirmative Defenses:

1. Plaintiff states that Defendant's Counterclaim fails to state a claim upon which relief can be granted.

2. Plaintiff states that the Defendant has failed to mitigate its damages, if any, as required by law.

3. Plaintiff states that Defendant's claims are barred by virtue of the fact that it has failed to join an indispensable party or parties.

4. Plaintiff states that Defendant's claims are barred by the applicable Statute of Limitations.

5. Plaintiff states that Defendant's claims, as, set forth in its Counterclaim, constitutes harassment, are groundless, frivolous and are not made in good faith entitling it to sanctions against Defendant, attorney fees and costs.

6. Plaintiff also alleges that additional facts may be learned through additional discovery which support defenses presently available to, but unknown by, Plaintiff.  Plaintiff therefore reserves the right to amend this Answer and incorporates by reference any affirmative defense set forth in Rules 8 and 12, Federal Rules of Civil Procedure, or under other applicable law.

WHEREFORE, having answered Defendant's Counterclaim, Plaintiff herein prays for relief as follows:

A. That the Court enter judgment in Plaintiff's favor, with prejudice and on the merits;

B. That Defendant take nothing by his claims;

C. That Plaintiff be awarded its costs and attorneys' fees incurred in responding to the

Defendant's Counterclaim; and

D.  That the Court grant Plaintiff such other and further relief as is deemed just and proper.

Dated this 21st day of November, 2012

                                                  Law Offices of Steven James Goodhue

                                          By:  /s/ Steven James Goodhue
                                                Steven James Goodhue (#029288)
                                                9375 East Shea Blvd., Suite 100
                                                Scottsdale, AZ  85260
                                                *Attorney for Plaintiff*
                                                *AF Holdings, L.L.C.*

I hereby certify that on November 21, 2012, I electronically filed the foregoing with the Clerk of the Court for filing and uploading to the CM-ECF system which will send notifications of such filing to all parties of record.

**A COPY** of the foregoing was mailed (or served via electronic notification if indicated by an "*") on November 21, 2012, to:

David Harris* (troll.assassins@cyber-wizards.com)
4632 East Caballero Street, #1
Mesa Arizona  85205


/s/ Steven James Goodhue