IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AF Holdings, LLC, a St. Kitts and Nevis limited liability company,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>David Harris,<br><br>　　　　　　　Defendant. | No. CV-12-02144-PHX-GMS<br><br>**ORDER** |

Pending before the Court is Defendant's Motion for Reconsideration (Doc. 15). Upon review and consideration,

**IT IS ORDERED** granting the Motion for Reconsideration. The Clerk of Court is directed to grant Defendant electronic privileges on CM/ECF. Defendant is directed to familiarize himself with the Federal Rules of Civil Procedure, Arizona Local Rules and the Electronic Case Filing Administrative Policies and Procedures Manual which can all be found at www.azd.uscourts.gov

Dated this 21st day of November, 2012.

_/s/ A. Murray Snow_
G. Murray Snow
United States District Judge