IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AF Holdings, LLC, a St. Kitts and Nevis limited liability company,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>David Harris,<br><br>　　　　　　　Defendant. | No. CV-12-02144-PHX-GMS<br><br>**ORDER** |

**IT IS ORDERED** that the parties meet in good faith and hold a case management conference the week of December 17, 2012 as required by Federal Rule of Civil Procedure 26(f)(1). Plaintiff's Motion for Order to Show Cause (Doc. 19) is denied as moot.

Dated this 4th day of December, 2012.

/s/ A. Murray Snow
G. Murray Snow
United States District Judge