Steven James Goodhue (#029288)
Law Offices of Steven James Goodhue
9375 East Shea Blvd., Suite 100
Scottsdale, AZ  85260
Telephone: (480) 214-9500
Facsimile: (480) 214-9501
E-Mail: sjg@sjgoodlaw.com

*Attorney for Plaintiff*
*AF Holdings, L.L.C.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AF HOLDINGS, L.L.C., a St. Kitts and Nevis limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>DAVID HARRIS,<br><br>Defendant. | **CASE NO.: 2:12-CV-02144-PHX-GMS**<br><br>**NOTICE OF SERVICE OF PLAINTIFF'S RULE 26(a) INITIAL DISCLOSURE STATEMENT** |

Notice is hereby given that Plaintiff AF Holdings, L.L.C., through its undersigned counsel, has served its Rule 26(a) Initial Disclosure Statement upon Defendant via email on December 21, 2012.

Dated this 21st day of December, 2012

                                              Law Offices of Steven James Goodhue

                              By: _/s/ Steven James Goodhue_____
                                  Steven James Goodhue (#029288)
                                  9375 East Shea Blvd., Suite 100
                                  Scottsdale, AZ  85260
                                  *Attorney for Plaintiff*
                                  *AF Holdings, L.L.C.*

I hereby certify that on December 21, 2012, I electronically filed the foregoing with the Clerk of the Court for filing and uploading to the CM-ECF system which will send notifications of such filing to all parties of record.

**A COPY** of the foregoing was mailed (or served via electronic notification if indicated by an "*") on December 21, 2012, to:

David Harris* (troll.assassins@cyber-wizards.com)
4632 East Caballero Street, #1
Mesa Arizona  85205

/s/ Steven James Goodhue