# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AF HOLDINGS, L.L.C., a St. Kitts and Nevis limited liability company,<br><br>Plaintiff,<br>v.<br><br>DAVID HARRIS,<br><br>Defendant. | CASE NO.: 2:12-CV-02144-PHX-GMS<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AUTHORIZING ISSUANCE OF SUBPOENAS |

This matter comes before the Court on Plaintiff's Motion for Authorizing Issuance of Subpoenas, and the Court having reviewed Plaintiff's Motion, the relevant case law, the file and being fully advised in the premises and the relevant case law;

ORDERS that Plaintiff's Motion for Authorizing Order is GRANTED; and

FURTHER ORDERS that Plaintiff is found to have demonstrated that the personally identifying information possessed by the Internet Service Providers is relevant and material to this matter and there is good cause for discovery of this information; and

FURTHER ORDERS that Plaintiff may immediately serve subpoenas on the relevant Internet Service Providers to identify Defendant Spencer Harris' co-conspirators, limited to their names, current (and permanent) addresses, telephone numbers, e-mail addresses, and Media Access Control addresses; and

FURTHER ORDERS that the Internet Service Providers are authorized to disclose and shall disclose the personally identifiable information of their subscribers to Plaintiff upon receiving a subpoena; and

FURTHER ORDERS that if a subscriber files a motion to quash, dismiss or sever, the Internet Service Provider shall withhold the identifying information associated with that specific subscriber, but shall not delay in providing Plaintiff with the identifying information of any subscriber who has not filed any of these motions; and

FURTHER ORDERS any information disclosed to the Plaintiff in response to a subpoena may be used by the Plaintiff solely for the purpose of protecting Plaintiff's rights as set forth in its Complaint; and

FURTHER ORDERS that Plaintiff shall serve a copy of this Order along with any subpoenas issued pursuant to this Order; and

FURTHER ORDERS that if any entity subpoenaed pursuant to this Order wishes to move to quash the subpoena, it must do so before the return date of the subpoena, which shall be 30 days from the date of service; and

FURTHER ORDERS that the subpoenaed entities shall preserve any subpoenaed information pending the resolution of any timely-filed motion to quash.