Steven James Goodhue (#029288)
Law Offices of Steven James Goodhue
9375 East Shea Blvd., Suite 100
Scottsdale, AZ 85260
Telephone: (480) 214-9500
Facsimile: (480) 214-9501
E-Mail: sjg@sjgoodlaw.com

*Attorney for Plaintiff*
*AF Holdings, L.L.C.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AF HOLDINGS, L.L.C., a St. Kitts and Nevis limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>DAVID HARRIS,<br><br>Defendant. | **CASE NO.: 2:12-CV-02144-PHX-GMS**<br><br><br>**PLAINTIFF'S NOTICE OF ALLEGATIONS RAISED IN ANOTHER JURISDICTION** |

### NOTICE OF ALLEGATIONS

Plaintiff AF Holdings, L.L.C. ("Plaintiff"), through its undersigned counsel, hereby notifies the Court of allegations of forgery that were made during a hearing in a matter pending before the U.S. District Court for the Central District of California. *Ingenuity13, L.L.C. v. John Doe*, No. 2:12-cv-08333-OWD-JC (C.D. Cal. Mar. 11, 2013).

On March 11, 2013, an individual by the name of Alan Cooper alleged that his signature was forged on two separate agreements assigning the right of various copyrighted works to Plaintiff, including the assignment at issued in this matter. *See*, ECF No. 1-2 at 2. Plaintiff categorically denies Mr. Cooper's allegations, which arise nearly two years after certain of the alleged conduct

1

occurred.  Moreover, Mr. Cooper has a pecuniary interest in his allegations by virtue of a lawsuit he filed against Plaintiff.  *Cooper v. Steele, et al.*, No. 27-CV-13-3463 (Minn. Dist. Ct., Hennepin Cty., 2013).

Even if Mr. Cooper's allegations were true—which they are not—Plaintiff's assignments, including the assignment at issue in the instant action, remain valid.  The formal requirements of a copyright assignment are "quite simple": a *writing* signed by the *assignor*.  17 U.S.C. § 204; *Effects Associates, Inc. v. Cohen*, 908 F.2d 555, 557 (9th Cir. 1990) ("The rule is really quite simple: If the copyright holder agrees to transfer ownership to another party, that party must get the copyright holder to sign a piece of paper saying so.  It doesn't have to be the Magna Charta; a one-line pro forma statement will do."); *See also* Order, *AF Holdings LLC v. Does 1-96*, No. 11-cv-3335-JSC (N.D. Cal. Nov. 22, 2011), ECF No. 29 at 5 n.1 ("The written copyright assignment recites that it is between the original copyright owner, Heartbreaker Films, and Plaintiff here, AF Holdings, LLC….  As the law requires only that the assignment be signed by the assignor and not the assignee, this inconsistency does not prevent a prima facie showing of copyright ownership.") (internal citations omitted).

Mr. Cooper's allegations relate to the *assignee*, not the assignor.  The assignment at issue in this action satisfies the Copyright Act's formal requirements.  It is a writing signed by the assignor.  Plaintiff's rights in the copyrighted work in this action were transferred when the assignor executed the assignment.

Plaintiff is treating Mr. Cooper's allegations with utmost seriousness and is investigating their substance.  Because Mr. Cooper's allegations relate to the assignment agreement at issue in the instant litigation, and in the spirit of complete candor toward a tribunal, Plaintiff respectfully brings the matter to the Court's attention.

Dated this 20th day of March, 2013

                                      Law Offices of Steven James Goodhue

                                      By:  /s/ Steven James Goodhue
                                              Steven James Goodhue (#029288)
                                              9375 East Shea Blvd., Suite 100
                                              Scottsdale, AZ  85260
                                              *Attorney for Plaintiff*
                                              *AF Holdings, L.L.C.*

     I hereby certify that on March 20, 2013, I electronically filed the foregoing with the Clerk of the Court for filing and uploading to the CM-ECF system which will send notifications of such filing to all parties of record.

**A COPY** of the foregoing was mailed (or
served via electronic notification if indicated by
an "*") on March 20, 2013, to:

Honorable G. Murray Snow *(*snow_chambers@azd.uscourts.gov*)
U.S. District Court
Sandra Day O'Connor Courthouse Suite 324
401 West Washington Street, SPC 82
Phoenix, Arizona 85003-7550

David Harris* (troll.assassins@cyber-wizards.com)
4632 East Caballero Street, #1
Mesa Arizona  85205

/s/ Steven James Goodhue

3