Paul D. Ticen (AZ Bar # 024788)
**Kelley / Warner, P.L.L.C.**
404 S. Mill Ave, Suite C-201
Tempe, Arizona 85281
Tel: 480-331-9397
Fax: 1-866-961-4984
Email: paul@kellywarnerlaw.com

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AF HOLDINGS, L.L.C., a St. Kitts and Nevis limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>DAVID HARRIS,<br><br>Defendant. | Case No.: 2:12-cv-02144-PHX – GMS<br><br>**NOTICE OF APPEARANCE OF PAUL D. TICEN** |

Paul D. Ticen with the firm of Kelly / Warner, PLLC, hereby provides notice that he is entering an appearance in the above-captioned matter on behalf of non-parties, as identified by IP Address Nos. 72.223.91.187, 68.230.120.162, 68.106.45.9, 68.2.87.48, 98.165.107.179 and 68.2.92.187, who are among those targeted by Plaintiff through a February 5, 2013 subpoena to Cox Communication, and according to Plaintiff, Mr. Harris' purported "co-conspirators."  The undersigned respectfully requests that he be served with all pleadings, motions, notices, orders and all other documents filed and/or entered in connection with this matter.

1

1      RESPECTFULLY submitted this 25th day of March, 2013.

**KELLY / WARNER, PLLC**

By    /s/ Paul D. Ticen
         Paul D. Ticen
         404 S. Mill Ave, Suite C-201
         Tempe, Arizona 85281
         Attorney for Defendant

**Kelly / Warner, PLLC.**
404 S. Mill Ave., Suite C-201
Tempe, AZ 85281
Telephone: (480) 991-9077

**CERTIFICATE OF FILING AND SERVICE**

Pursuant to the Case Management/Electronic Case Filing Administrative Policies and Procedures Manual ("CM/ECF Manual") of the United States District Court for the District of

Arizona, I hereby certify that on March 25, 2013, I electronically filed:

**NOTICE OF APPEARANCE OF PAUL D. TICEN**

with the U.S. District Court clerk's office using the ECF system, which will send notification of such filing to the assigned Judge and to the following counsel of record:

>Steven James Goodhue
>Law Offices of Steven James Goodhue
>9375 East Shea Blvd., Suite 100
>Scottsdale, Arizona 85260
>E-Mail: sjg@sjgoodlaw.com
>Attorney for Plaintiff

>**KELLY / WARNER, PLLC**
>
>By   /s/ Paul D. Ticen
>     Paul D. Ticen
>     404 S. Mill Ave, Suite C-201
>     Tempe, Arizona 85281
>     Attorney for Defendant

**Kelly / Warner, PLLC.**
404 S. Mill Ave., Suite C-201
Tempe, AZ 85281
Telephone: (480) 991-9077

3