Paul Ticen

**Subject:** FW: Re: Ref #74183
**Attachments:** 74183.pdf; _Release HACKER (w-merge).pdf; FAQs Hacker.doc

---------- Original Message ----------
From: Mark Lutz <mclutz@wefightpiracy.com>
To: Adam Sekora <▇▇▇▇▇▇▇▇▇▇▇▇.org>
Date: April 13, 2012 at 6:42 AM
Subject: Re: Ref #74183

Adam,

I have attached the documents that we mailed you on April 4, 2012. Please contact us with any questions.

Regards,

On Thu, Apr 12, 2012 at 5:17 PM, Adam Sekora <▇▇▇▇▇▇▇▇▇▇▇▇g> wrote:

> Hello Mr. Lutz,
>
> Thank you for the prompt response. I'm afraid that your response is
> without substance and quite a bit vague. As you made reference to mailed
> information in our call I can assume that I'm missing the package you spoke
> of. Can you provide tracking details for the documents you sent and
> re-verify the address they were sent to?
>
> Also, if you have an electronic version of the documents could you please
> forward them to me?
>
> Regards,
> Adam S.
>
> ▇▇▇▇▇▇▇▇▇▇▇▇
>
> *Sent from my iPhone.
>
> On Apr 12, 2012, at 6:17 AM, Mark Lutz <mclutz@wefightpiracy.com> wrote:
>
> Adam,
>
> This has to do with a copyright infringement lawsuit that you are a part
> of & our client's offer to resolve the matter outside of litigation. Please
> contact me with any other questions.

1

```
>
> Best,
>
> On Thu, Apr 12, 2012 at 1:06 AM, Adam Sekora
<███████████████>wrote:
>
>> Hello Mr. Lutz,
>>
>> Thank you for taking the time to reach out to me earlier today. I
>> appologize that I was unable to take the time to speak with you
earlier.
>> Also, I'm afraid that I wasn't able to glean much from our earlier
>> conversation due to quite a bit of background noise.
>>
>> Would you be able to tell me again what the original purpose of your
call
>> was earlier?
>>
>> Also, Email is generally the best, and more preferred, mode of contact
>> for myself. I'd very much like to transition our discussion to email if
and
>> where possible.
>>
>> Best Regards,
>> Adam S.
>>
>> ████████████
>>
>> *Sent from my iPhone.
>>
>> On Apr 11, 2012, at 12:25 PM, Mark Lutz <mclutz@wefightpiracy.com>
wrote:
>>
>> As discussed my contact information is below. Feel free to give me a
call
>> any time on Friday.
>>
>> Regards,
>>
>> --
>> Mark C. Lutz
>> *Prenda Law*
>> 1111 Lincoln Rd, Ste 400
>> Miami Beach, FL 33139
>> P: 305-748-2102
>> F: 305-748-2103
>> www.wefightpiracy.com
>>
>> NOTICE: THIS EMAIL IS INTENDED TO BE PART OF A SETTLEMENT NEGOTIATION AND
>> IS NOT ADMISSIBLE UNDER FRE RULE 408.
>>
```

```
>> This email and any attachments may contain confidential and privileged
>> information. If you are not the intended recipient, please notify the
>> sender immediately by return email, delete this email and destroy any
>> copies. Any dissemination or use of this information by a person other
than
>> the intended recipient is unauthorized and may be illegal.
>>
>>
>
>
> --
> Mark C. Lutz
> *Prenda Law*
> 1111 Lincoln Rd, Ste 400
> Miami Beach, FL 33139
> P: 305-748-2102
> F: 305-748-2103
> www.wefightpiracy.com
>
> NOTICE: THIS EMAIL IS INTENDED TO BE PART OF A SETTLEMENT NEGOTIATION
AND
> IS NOT ADMISSIBLE UNDER FRE RULE 408.
>
> This email and any attachments may contain confidential and privileged
> information. If you are not the intended recipient, please notify the
> sender immediately by return email, delete this email and destroy any
> copies. Any dissemination or use of this information by a person other
than
> the intended recipient is unauthorized and may be illegal.
>
>


--
Mark C. Lutz
*Prenda Law*
1111 Lincoln Rd, Ste 400
Miami Beach, FL 33139
P: 305-748-2102
F: 305-748-2103
www.wefightpiracy.com

NOTICE: THIS EMAIL IS INTENDED TO BE PART OF A SETTLEMENT NEGOTIATION AND
IS NOT ADMISSIBLE UNDER FRE RULE 408.

This email and any attachments may contain confidential and privileged
information. If you are not the intended recipient, please notify the
sender immediately by return email, delete this email and destroy any
copies. Any dissemination or use of this information by a person other
than
the intended recipient is unauthorized and may be illegal.
```