

CLOSE

## OUR PRINCIPALS



**JUAN ALATORRE**
Mr. Alatorre is the chairman of our Board of Managers. With over 15 years experience in various commercial content platform capacities, Mr. Alatorre brings valuable insight to bear as our chairman.



**MARK LUTZ**
Mr. Lutz is the chief executive officer of Livewire Holdings, LLC and oversees the management of Limewire Holdings and its portfolio companies.

## TESTIMONIALS

I operate several members websites and outsource my backend logistics to the Livewire group. These systems allow me to spend my time focusing not on how to deliver content to my customers, but on creating amazing content.

CEASAR BUENAFLOR
Founder - JXSystems

| ABOUT US | PARTNERS | SERVICES | CLIENTS | CONTACT US |
|---|---|---|---|---|

LIVEWIRE HOLDINGS, LLC © 2012

