IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AF HOLDINGS, L.L.C., a St. Kitts and Nevis limited liability company,<br><br>Plaintiff,<br>v.<br><br>DAVID HARRIS,<br><br>Defendant. | CASE NO.: 2:12-CV-02144-PHX-GMS<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE ANONYMOUS DECLARATION AND MOTION FOR ORDER TO SHOW CAUSE** |

This matter comes before the Court on Plaintiff's Motion to Strike Anonymous Declaration and Motion for Order to Show Cause why he should not be required to pay Plaintiff's attorney's fees incurred in responding to the anonymous declaration (ECF No. 41), and the Court having reviewed Plaintiff's Motion, the relevant case law, the file and being fully advised in the premises:

HEREBY ORDERS that Plaintiff's Motion to Strike Anonymous Declaration and Order to Show Cause is GRANTED; and

FUTHER ORDERS, that the Filer of the Declaration shall appear before the Court and explain why he should not be required to pay Plaintiff's attorney's fees incurred in responding to anonymous declaration.

1