Paul D. Ticen (AZ Bar # 024788)
**Kelley / Warner, P.L.L.C.**
404 S. Mill Ave, Suite C-201
Tempe, Arizona 85281
Tel: 480-331-9397
Fax: 1-866-961-4984
Email: paul@kellywarnerlaw.com

Attorney for Non-Party Movants

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| AF HOLDINGS, L.L.C., a St. Kitts and Nevis limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MATHEW MICHUTA,<br><br>Defendant. | Case No.: 2:12-cv-02143-PHX –DGC<br><br>**REQUEST FOR RULING** |

The Non-Party Movants, through undersigned counsel, respectfully request that the Court rule on their Motion For The Court to (1) Enter An Order Staying Litigation or Discovery, (2) Order Quashing Plaintiff's Subpoena and (3) Entry of a Protective Order (Doc No. 44).

On March 25, 2013 the above motion was filed and electronically served upon Plaintiff. Pursuant to LRCiv. 7.2(c) and Rule 6(d), Fed R. Civ. P., Plaintiff's deadline to file a responsive memorandum was April 11, 2013. That time has passed, and Plaintiff has failed to file and serve same. Pursuant to LRCiv. 7.2(i), a failure to file a responsive memorandum "may be deemed a consent to the denial or granting of the motion and the Court may dispose of the motion summarily."

Further, the April 2, 2013 hearing in the consolidated cases of *Ingenuity 13, LLC*

1

*v. Do*e, 2:12-cv-08333 went forward as scheduled, but only lasted approximately 15 minutes. The hearing ended after those ordered by Judge Otis Wright, II to attend, including John Steele, Paul Hansmeier and Paul Duffy among others, invoked their 5th Amendment rights against self-incrimination. (See Doc No. 103). That hearing only serves to reinforce the need to stay litigation, quash the subpoenas and entry of a protective order.

RESPECTFULLY submitted this 16th day of April, 2013.

**KELLY / WARNER, PLLC**

By   /s/ Paul D. Ticen
     Paul D. Ticen
     404 S. Mill Ave, Suite C-201
     Tempe, Arizona 85281
     Attorney for Non-Party Movants

## CERTIFICATE OF FILING AND SERVICE

Pursuant to the Case Management/Electronic Case Filing Administrative Policies and Procedures Manual ("CM/ECF Manual") of the United States District Court for the District of Arizona, I hereby certify that on April 16, 2013, I electronically filed:

## REQUEST FOR RULING

with the U.S. District Court clerk's office using the ECF system, which will send notification of such filing to the assigned Judge and to the following counsel of record:

Steven James Goodhue
Law Offices of Steven James Goodhue
9375 East Shea Blvd., Suite 100
Scottsdale, Arizona 85260
E-Mail: sjg@sjgoodlaw.com
Attorney for Plaintiff

**KELLY / WARNER, PLLC**

By  /s/ Paul D. Ticen
Paul D. Ticen
404 S. Mill Ave, Suite C-201
Tempe, Arizona 85281
Attorney for Defendant