Paul D. Ticen (AZ Bar # 024788)
**Kelley / Warner, P.L.L.C.**
404 S. Mill Ave, Suite C-201
Tempe, Arizona 85281
Tel: 480-331-9397
Dir Tel: 480-636-8150
Fax: 480-907-1235
Email: paul@kellywarnerlaw.com

Attorney for Non-Party Movants

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AF HOLDINGS, L.L.C., a St. Kitts and Nevis limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>DAVID HARRIS,<br><br>Defendant. | Case No.: 2:12-cv-02144-PHX – GMS<br><br>**NOTICE OF ERRATA RE NON-PARTY MOVANT'S REQUEST FOR RULING** |

The Non-Party Movants, through undersigned counsel, submit this Notice of Errata to correct a mistake in the caption on the Request for Ruling. Doc No. 46. The caption in that document was incorrectly identified as *AF Holdings, LLC v. Mathew Michuta*, when the caption should have been identified as *AF Holdings, LLC v. David Harris*.

1  RESPECTFULLY submitted this 16th day of April, 2013.

**KELLY / WARNER, PLLC**

By   /s/ Paul D. Ticen
Paul D. Ticen
404 S. Mill Ave, Suite C-201
Tempe, Arizona 85281
Attorney for Non-Party Movants

## **CERTIFICATE OF FILING AND SERVICE**

Pursuant to the Case Management/Electronic Case Filing Administrative Policies and Procedures Manual ("CM/ECF Manual") of the United States District Court for the District of Arizona, I hereby certify that on April 16, 2013, I electronically filed:

**NOTICE OF ERRATA RE NON-PARTY MOVANT'S REQUEST FOR RULING**

with the U.S. District Court clerk's office using the ECF system, which will send notification of such filing to the assigned Judge and to the following counsel of record:

>   Steven James Goodhue
>   Law Offices of Steven James Goodhue
>   9375 East Shea Blvd., Suite 100
>   Scottsdale, Arizona 85260
>   E-Mail: sjg@sjgoodlaw.com
>   Attorney for Plaintiff

**KELLY / WARNER, PLLC**

By   /s/ Paul D. Ticen
     Paul D. Ticen
     404 S. Mill Ave, Suite C-201
     Tempe, Arizona 85281
     Attorney for Defendant

**Kelly / Warner, PLLC**
404 S. Mill Ave., Suite C-201
Tempe, AZ 85281
Telephone: (480) 331-9397