

Subpoena Compliance Office
Cox Communications, Inc.
1400 Lake Hearn Drive
Atlanta, GA 30319
(404) 269-5873
FAX: (404) 269-1898
SubpoenaResponse@cox.com

March 1, 2013



Phoenix, AZ 85053-4901

Re:   AF Holdings, L.L.C. v. David Harris
      Case No. 2:12-cv-02144-GMS
      United States District Court, District of Arizona
      Target Details: IP Address _68.106.45.9_ on 12/1/2012 12:32:02 AM_

Dear Cox High Speed Internet Customer:

Please be advised that on 2/5/2013 a Civil Subpoena to Produce Documents was received from Steven Goodhue, Attorney for Plaintiff, Phone # (480) 214-9500. The lawsuit was filed in the District of Arizona and alleges that the unnamed "Doe" defendants have each infringed movie copyrights owned by the plaintiff through use of peer-to-peer internet services.

The lawsuits list an Internet Protocol (IP) address for each of the defendants. Our records indicate that <u>one of the IP addresses listed was assigned to your Cox High Speed Internet account</u> on the date and time described in the lawsuit.

In order to identify the defendants, the plaintiff has obtained a court order requiring Cox to provide your name, address, telephone number and email address from our records. The purpose of this notice is to inform you of the lawsuit so that you have the opportunity to file objections with the court and to raise any legal defenses you may have. We will comply with this subpoena on 4/1/2013 unless we receive legal documents that delay or terminate the process on or before 3/31/2013.

To provide you with as much factual information as possible about the status of this and other related lawsuits and the issues they raise, we have set up a page on our Internet website accessible at your Cox.net website at
http://ww2.cox.com/residential/support/internet/article.cox?articleId={9b5398e0-6407-11df-ccef-000000000000}

Because this matter involves litigation, our Customer Care staff will not be able to assist you with questions you may have. We regret being placed in the position of sending this letter, but want you to have every opportunity to protect your interests. We are not permitted to give you legal advice and <u>encourage you to consult an attorney</u> familiar with copyright law immediately.

Sincerely,

*Wheeler*

Saquonna Wheeler
Subpoena Coordinator
Cox Communications



Subpoena Compliance Office
Cox Communications, Inc.
1400 Lake Hearn Drive
Atlanta, GA 30319
(404) 269-5873
FAX: (404) 269-1898
SubpoenaResponse@cox.com

March 1, 2013

▇▇▇▇▇▇▇▇

Gilbert, AZ 85296-9524

Re:   AF Holdings, L.L.C. v. David Harris
      Case No. 2:12-cv-02144-GMS
      United States District Court, District of Arizona
      Target Details: IP Address _68.230.120.162_ on 12/29/2012 8:21:32 PM_

Dear Cox High Speed Internet Customer:

Please be advised that on 2/5/2013 a Civil Subpoena to Produce Documents was received from Steven Goodhue, Attorney for Plaintiff, Phone # (480) 214-9500. The lawsuit was filed in the District of Arizona and alleges that the unnamed "Doe" defendants have each infringed movie copyrights owned by the plaintiff through use of peer-to-peer internet services.

The lawsuits list an Internet Protocol (IP) address for each of the defendants. Our records indicate that one of the IP addresses listed was assigned to your Cox High Speed Internet account on the date and time described in the lawsuit.

In order to identify the defendants, the plaintiff has obtained a court order requiring Cox to provide your name, address, telephone number and email address from our records. The purpose of this notice is to inform you of the lawsuit so that you have the opportunity to file objections with the court and to raise any legal defenses you may have. We will comply with this subpoena on 4/1/2013 unless we receive legal documents that delay or terminate the process on or before 3/31/2013.

To provide you with as much factual information as possible about the status of this and other related lawsuits and the issues they raise, we have set up a page on our Internet website accessible at your Cox.net website at
http://ww2.cox.com/residential/support/internet/article.cox?articleId={9b5398e0-6407-11df-ccef-000000000000}

Because this matter involves litigation, our Customer Care staff will not be able to assist you with questions you may have. We regret being placed in the position of sending this letter, but want you to have every opportunity to protect your interests. We are not permitted to give you legal advice and encourage you to consult an attorney familiar with copyright law immediately.

Sincerely,

*Wheeler*

Saquonna Wheeler
Subpoena Coordinator
Cox Communications



Subpoena Compliance Office
Cox Communications, Inc.
1400 Lake Hearn Drive
Atlanta, GA 30319
(404) 269-5873
FAX: (404) 269-1898
SubpoenaResponse@cox.com

March 1, 2013

▉▉▉▉▉▉▉▉▉▉

Mesa, AZ 85209-4358

Re:   AF Holdings, L.L.C. v. David Harris
      Case No. 2:12-cv-02144-GMS
      United States District Court, District of Arizona
      Target Details: IP Address _72.223.91.187_ on 2/1/2013 2:14:58 AM_

Dear Cox High Speed Internet Customer:

Please be advised that on 2/5/2013 a Civil Subpoena to Produce Documents was received from Steven Goodhue, Attorney for Plaintiff, Phone # (480) 214-9500. The lawsuit was filed in the District of Arizona and alleges that the unnamed "Doe" defendants have each infringed movie copyrights owned by the plaintiff through use of peer-to-peer internet services.

The lawsuits list an Internet Protocol (IP) address for each of the defendants. Our records indicate that <u>one of the IP addresses listed was assigned to your Cox High Speed Internet account</u> on the date and time described in the lawsuit.

In order to identify the defendants, the plaintiff has obtained a court order requiring Cox to provide your name, address, telephone number and email address from our records. The purpose of this notice is to inform you of the lawsuit so that you have the opportunity to file objections with the court and to raise any legal defenses you may have. We will comply with this subpoena on 4/1/2013 unless we receive legal documents that delay or terminate the process on or before 3/31/2013.

To provide you with as much factual information as possible about the status of this and other related lawsuits and the issues they raise, we have set up a page on our Internet website accessible at your Cox.net website at
http://ww2.cox.com/residential/support/internet/article.cox?articleId={9b5398e0-6407-11df-ccef-000000000000}

Because this matter involves litigation, our Customer Care staff will not be able to assist you with questions you may have. We regret being placed in the position of sending this letter, but want you to have every opportunity to protect your interests. We are not permitted to give you legal advice and <u>encourage you to consult an attorney</u> familiar with copyright law immediately.

Sincerely,

*Wheeler*

Saquonna Wheeler
Subpoena Coordinator
Cox Communications



Subpoena Compliance Office
Cox Communications, Inc.
1400 Lake Hearn Drive
Atlanta, GA 30319
(404) 269-5873
FAX: (404) 269-1898
SubpoenaResponse@cox.com

March 1, 2013

████████████
Chandler, AZ 85249-5572

Re:   AF Holdings, L.L.C. v. David Harris
      Case No. 2:12-cv-02144-GMS
      United States District Court, District of Arizona
      Target Details: IP Address _98.165.107.179_ on 11/16/2012 2:05:58 AM_

Dear Cox High Speed Internet Customer:

Please be advised that on 2/5/2013 a Civil Subpoena to Produce Documents was received from Steven Goodhue, Attorney for Plaintiff, Phone # (480) 214-9500. The lawsuit was filed in the District of Arizona and alleges that the unnamed "Doe" defendants have each infringed movie copyrights owned by the plaintiff through use of peer-to-peer internet services.

The lawsuits list an Internet Protocol (IP) address for each of the defendants. Our records indicate that one of the IP addresses listed was assigned to your Cox High Speed Internet account on the date and time described in the lawsuit.

In order to identify the defendants, the plaintiff has obtained a court order requiring Cox to provide your name, address, telephone number and email address from our records. The purpose of this notice is to inform you of the lawsuit so that you have the opportunity to file objections with the court and to raise any legal defenses you may have. We will comply with this subpoena on 4/1/2013 unless we receive legal documents that delay or terminate the process on or before 3/31/2013.

To provide you with as much factual information as possible about the status of this and other related lawsuits and the issues they raise, we have set up a page on our Internet website accessible at your Cox.net website at
http://ww2.cox.com/residential/support/internet/article.cox?articleId={9b5398e0-6407-11df-ccef-000000000000}

Because this matter involves litigation, our Customer Care staff will not be able to assist you with questions you may have. We regret being placed in the position of sending this letter, but want you to have every opportunity to protect your interests. We are not permitted to give you legal advice and encourage you to consult an attorney familiar with copyright law immediately.

Sincerely,

*Wheeler*

Saquonna Wheeler
Subpoena Coordinator
Cox Communications



Subpoena Compliance Office
Cox Communications, Inc.
1400 Lake Hearn Drive
Atlanta, GA 30319
(404) 269-5873
FAX: (404) 269-1898
SubpoenaResponse@cox.com

March 1, 2013

Scottsdale, AZ 85255-3330

Re:     AF Holdings, L.L.C. v. David Harris
        Case No. 2:12-cv-02144-GMS
        United States District Court, District of Arizona
        Target Details: IP Address _68.2.92.187_ on 12/7/2012 7:13:01 AM_

Dear Cox High Speed Internet Customer:

Please be advised that on 2/5/2013 a Civil Subpoena to Produce Documents was received from Steven Goodhue, Attorney for Plaintiff, Phone # (480) 214-9500. The lawsuit was filed in the District of Arizona and alleges that the unnamed "Doe" defendants have each infringed movie copyrights owned by the plaintiff through use of peer-to-peer internet services.

The lawsuits list an Internet Protocol (IP) address for each of the defendants. Our records indicate that <u>one of the IP addresses listed was assigned to your Cox High Speed Internet account</u> on the date and time described in the lawsuit.

In order to identify the defendants, the plaintiff has obtained a court order requiring Cox to provide your name, address, telephone number and email address from our records. The purpose of this notice is to inform you of the lawsuit so that you have the opportunity to file objections with the court and to raise any legal defenses you may have. We will comply with this subpoena on 4/1/2013 unless we receive legal documents that delay or terminate the process on or before 3/31/2013.

To provide you with as much factual information as possible about the status of this and other related lawsuits and the issues they raise, we have set up a page on our Internet website accessible at your Cox.net website at
http://ww2.cox.com/residential/support/internet/article.cox?articleId={9b5398e0-6407-11df-ccef-000000000000}

Because this matter involves litigation, our Customer Care staff will not be able to assist you with questions you may have. We regret being placed in the position of sending this letter, but want you to have every opportunity to protect your interests. We are not permitted to give you legal advice and <u>encourage you to consult an attorney</u> familiar with copyright law immediately.

Sincerely,

Wheeler

Saquonna Wheeler
Subpoena Coordinator
Cox Communications