David Harris
4632 E. Caballero ST
Number One
Mesa, AZ   85205
(480) 297-9546
troll.assassins@cyber-wizard.com

Defendant Pro Se

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| AF Holdings, LLC<br><br>        Plaintiff,<br>  vs.<br><br>David Harris<br><br>        Defendant. | Case 2:12-cv-02144-GMS<br><br>The Honorable G. Murray Snow<br><br>**Defendant's Motion for Show Cause Order and Sanctions against Plaintiff** |

## BACKGROUND

Defendant has made clear he is **NOT** an attorney, Defendant did **NOT** enter this case of his own free will, but rather as a Pro Se Defendant in an attempt to defend himself against the relentless abuses of Plaintiff.  Some people are good victims.  I am not.

Defendant has brought to this court's attention numerous misrepresentations, fallacies, and outright lies as well as fraud Plaintiff has perpetrated on this court.  In the Defendant's opinion this court has done nothing to control the misconduct of Plaintiff and Plaintiff's counsel, no quite the opposite, Troll Goodhue has been allowed to run amok, as evidenced by his last rambling (ECF doc. 48) filed three weeks past the deadline.  If the presiding judge does not control the attorneys appearing in the court, who will?

 I remind you: It is your job to protect the Constitution to the United States of America, not to deprive citizens of those rights just because you don't like the way they talk, in my opinion you hold legalese more important than innocence.  It is a dark day in America indeed, when a judge looks favorably upon a travesty of justice merely because he doesn't like the way a Pro Se litigant speaks.  You keep that in mind before you reject

1  this document.

2      That having been said, Defendant requests this court to issue an order for Plaintiff
3  to appear before this court and show cause why he should not be sanctioned.

4

5                  **STANDING**

6      The Plaintiff states: "As the proponents of relief, Movants bear the burden of
7  establishing standing. *Lujan v. Defenders of Wildlife*, 504 U.S. 555 (1992). (Plaintiffs
8  response to Mr. Ticen's Motion to Stay, ECF doc. 48 page 2 line 10)."   Troll Goodhue
9  should be held to the same standard as he has failed miserably to establish standing as the
10  proponent of relief.  This court has not allowed the Plaintiff to subpoena Defendants ISP
11  in order to obtain the information necessary to bring suit against him, Troll Goodhue
12  cannot produce even a scintilla of legally obtained personal information belonging to
13  Defendant, therefore Troll Goodhue must show cause why this court should not sanction
14  him for misrepresenting a material fact.
15      Defendant is assigned a static IP address from his ISP, a cable company.  Every
16  time that I reboot my modem I am assigned a different IP address.  Since the date of the
17  alleged copyright infringement I have been assigned no less than five new and different
18  IP addresses and on the dates that Troll Goodhue alleges I conspired with 71 people in a
19  bit torrent swarm to infringe upon the copyright of Plaintiff's precious little film, there is
20  no way on God's green Earth Troll Goodhue could possibly know what, if any IP address
21  was assigned to me as it is different than the IP address Plaintiff based this case on
22  (70.176.202.3) at the time and date of the alleged conspiracy.  These IP addresses may be
23  involved in a conspiracy with the aforementioned IP address, but it has nothing to do with
24  Defendant or this case whatsoever.
25      Therefore, Troll Goodhue must show cause why this court should not sanction him
26  for misrepresenting he has standing to allege these 71 IP addresses are connected to
27  Defendant in any way shape or form.
28      So what could Troll Goodhue possibly want these IP addresses for if there is no

1  nexus with the instant case, you may ask?  The Honorable Otis Wright of the Central
2  California District Court in his Order (Order) sanctioning this Plaintiff, Troll Goodhue's
3  client in the instant, the Order Mr. Ticen mentioned in his reply.  Judge Wright explains
4  exactly what Goodhue will do once in possession of the personal information from these
5  IP addresses:

> "Plaintiffs have outmaneuvered the legal system. They've discovered the nexus of antiquated copyright laws, paralyzing social stigma, and unaffordable defense costs. And they exploit this anomaly by accusing individuals of illegally downloading a single pornographic video. Then they offer to settle—for a sum calculated to be just below the cost of a bare-bones defense. For these individuals, resistance is futile; most reluctantly pay rather than have their names associated with illegally downloading porn. So now, copyright laws originally designed to compensate starving artists allow, starving attorneys in this electronic-media era to plunder the citizenry. (Central District of California, 2:12-cv-08333-ODW-JC, doc 130, page 1 line 19)"

12  Unless of course Troll Goodhue can show cause why this court should not sanction him
13  for this reprehensible attempted fraud upon this court.  Just a little co-operation from this
14  court and Troll Goodhue can and will plunder away.  It's up to you judge!

## THE CLIENT

17       Who is the Plaintiff?  That is the question that begged to be answered.  The
18  Honorable Otis Wright asked that question of Troll Goodhue's California counterpart
19  Brett Gibbs.  However all he got was deceit and lies, so, *sua sponte* he set out to find out
20  who AF Holdings, LLC is.  What he found is that it is not the person that Troll Goodhue
21  has represented to this court to be, namely Alan Cooper, nope.  Judge Wright did discover
22  that one of the *de facto* officers of AF Holdings is indeed a person Troll Goodhue has
23  discussed in this case, not as AF Holdings, but as "national counsel" for the client,
24  namely Paul Duffy.  It boggles the mind that a Pro Se Defendant brings this suspicion to
25  the attention of the court, but Goodhue who works for the Plaintiff hasn't a clue, in fact
26  his exact words are: "Plaintiff and its counsel has not engaged in any misconduct" (ECF
27  doc 34).  He wants us to believe that he is that big of a dolt?  Please.  Troll Goodhue must
28  show cause why this court should not sanction him for this fraud upon the court.  Unless

1  of course this court still plans on rewarding the Plaintiff by accepting a forged copyright
2  assignment as valid, if that is the case for the record Defendant **OBJECTS** and does not
3  except Troll Goodhues explanation that the forgery is irrelevant in the instant.
4
5                              **CONCLUSION**
6      I could go on and on listing misconduct by Goodhue in the instant one after the
7  other, but quite frankly this is making me sick, I feel like I am going to vomit.  So for the
8  aforementioned reasons I pray that this court show a little interest in justice, drag this
9  Plaintiff before this court and have him do a little explaining and then take the appropriate
10 measure to try and fix the prejudicial actions it has already taken against the Defendant.
11 Also this court would be wise to take into consideration the brief filed by DieTrollDie
12 (ECF doc. 41).  I have read it and it contains valuable information that would greatly
13 enlighten this court
14
15 I swear or affirm and declare or certify, verify or state under penalty of perjury that the
16 foregoing is true and correct so help me God.
17 Executed this 10th Day of May, 2013
18 By: /s/ David Harris
19 David Harris
   4632 E. Caballero St.
20 Number One
   Mesa, Arizona 85205
21
   Defendant Pro Se
22
23
24
25
26
27
28

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on this 10th Day of May, 2013, a copy of the foregoing |
| 3 | was filed electronically and served upon the following by operation of the Court's |
| 4 | electronic filing system. |
| 5 | Steven James Goodhue (#029288) |
|   | Law Offices of Steven James Goodhue |
| 6 | 9375 East Shea Blvd., Suite 100 |
|   | Scottsdale, AZ 85260 |
| 7 | Telephone: (480) 214-9500 |
|   | Facsimile: (480) 214-9501 |
| 8 | E-Mail: sjg@sjgoodlaw.com |
| 9 | Paul Ticen, Esq. |
|   | Kelly/Warner, PLLC |
| 10 | 404 S. Mill Ave, Suite C-201 |
|   | Tempe, Arizona 85281 |
| 11 | E-Mail:  paul@kellywarnerlaw.com |
| 12 | By: /s/ David Harris |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |