Steven James Goodhue (#029288)
Law Offices of Steven James Goodhue
9375 East Shea Blvd., Suite 100
Scottsdale, AZ 85260
Telephone: (480) 214-9500
Facsimile: (480) 214-9501
E-Mail: sjg@sjgoodlaw.com

*Attorney for Plaintiff*
*AF Holdings, L.L.C.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AF HOLDINGS, L.L.C., a St. Kitts and Nevis limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>DAVID HARRIS,<br><br>Defendant. | **CASE NO.: 2:12-CV-02144-PHX-GMS**<br><br><br>**PLAINTIFF'S MOTION TO CONTIUNUE (RESCHEDULE) OF THE SHOW CAUSE HEARING SET FOR MAY 31. 2013** |

Plaintiff AF Holdings, L.L.C. ("Plaintiff"), through its undersigned counsel, hereby moves this this Honorable Court to continue (reschedule) the Show Cause Hearing which is currently scheduled for May 31, 2013, at 2:30 p.m., and in support of this motion, states as follows:

1. In its Order of May 17, 2013 (ECF No. 51), this Court ordered that Plaintiff show cause within seven (7) days why this Court should not dismiss this case; and set a Show Cause Hearing for May 31, 2013 at 02:30 PM.

2. Plaintiff's counsel is currently scheduled to appear in Weld County District Court in Greeley, Colorado on May 30, 2013 at 8:30 am.

1

3. Plaintiff's counsel is also currently scheduled to appear in U. S. Federal Court for the Northern District of California on May 31, 2013 at 10:00 am.

4. Plaintiff's counsel is also hoping to be present at his 9 year old daughter's year end school assembly in Denver, Colorado on May 31, 2013 at 1:30 pm, where she is receiving the school's Citizenship Award.

5. Additionally, Plaintiff intends to have representatives and/or witnesses to attend the Show Cause Hearing, both of which will be traveling from out of state, and require additional time to make the necessary plans and travel arrangements to appear.

6. Plaintiff will comply with the Court's Order and file a response to the Show Cause Order in a timely manner.

7. On May 20, 2013 and May 21, 2013, Plaintiff's counsel conferred with Counsel for Defendant John Doe and Defendant David Harris, respectively, about the Motion for Continuance of the Show Cause Hearing. Neither counsel for Defendant John Doe, nor Defendant Harris expressed any objection to the granting of the continuance.

8. Wherefore, Plaintiff respectfully requests an Order of this Court to continue (reschedule) the Show Cause Hearing currently set for May 31, 2013.

Dated this 21st day of May, 2013

Law Offices of Steven James Goodhue

By: /s/ Steven James Goodhue
Steven James Goodhue (#029288)
9375 East Shea Blvd., Suite 100
Scottsdale, AZ  85260
*Attorney for Plaintiff*
*AF Holdings, L.L.C.*

| | |
|---|---|
| 1 | |
| 2 | I hereby certify that on May 21, 2012, I electronically filed the foregoing with the Clerk of the Court for filing and uploading to the CM-ECF system which will send notifications of such filing to all parties of record. |
| 3 | |
| 4 | **A COPY** of the foregoing was mailed (or served via electronic notification if indicated by an "*") on May 21, 2013, to: |
| 5 | |
| 6 | Honorable G. Murray Snow *(*snow_chambers@azd.uscourts.gov*)<br>U.S. District Court<br>Sandra Day O'Connor Courthouse Suite 324 |
| 7 | 401 West Washington Street, SPC 82<br>Phoenix, Arizona 85003-7550 |
| 8 | |
| 9 | David Harris* (troll.assassins@cyber-wizards.com)<br>4632 East Caballero Street, #1<br>Mesa Arizona  85205 |
| 10 | |
| 11 | Paul Ticen, Esq.* (paul@kellywarnerlaw.com)<br>Kelly/Warner, PLLC<br>404 S. Mill Ave, Suite C-201 |
| 12 | Tempe, Arizona  85281 |
| 13 | |
| 14 | /s/ Steven James Goodhue |