1  Steven James Goodhue (#029288)
   Law Offices of Steven James Goodhue
2  9375 East Shea Blvd., Suite 100
   Scottsdale, AZ  85260
3  Telephone: (480) 214-9500
   Facsimile: (480) 214-9501
4  E-Mail: sjg@sjgoodlaw.com

5  *Attorney for Plaintiff*
   *AF Holdings, L.L.C.*

6

7              IN THE UNITED STATES DISTRICT COURT

8                  FOR THE DISTRICT OF ARIZONA

9

10 AF HOLDINGS, L.L.C., a St. Kitts and Nevis      **CASE NO.: 2:12-CV-02144-PHX-GMS**
   limited liability company,
11
   Plaintiff,
12 v.                                              **NOTICE OF ERRATA OF
                                                   PLAINTIFF'S MOTION TO
13 DAVID HARRIS,                                   CONTINUE (RESCHEDULE) THE
                                                   SHOW CAUSE HEARING SET FOR
14 Defendant.                                      MAY 31. 2013**

15

16

17 **NOTICE OF ERRATA OF PLAINTIFF'S MOTION TO CONTINUE (RESCHEDULE) THE
    SHOW CAUSE HEARING SET FOR MAY 31. 2013**

18

19     1.      On December 21, 2012, Plaintiff filed a Motion to Continue (Reschedule) the Show

20 Cause Hearing ("Motion").

21     2.      The Motion contained several errors.

22     3.      Plaintiff will file a corrected Motion concurrently herewith.

23

24 Dated this 22nd day of May, 2013

                                          1

1
2
3    Law Offices of Steven James Goodhue
4    By: /s/ Steven James Goodhue
     Steven James Goodhue (#029288)
5    9375 East Shea Blvd., Suite 100
     Scottsdale, AZ  85260
6    *Attorney for Plaintiff*
     *AF Holdings, L.L.C.*
7
     I hereby certify that on May 22, 2012, I electronically filed the foregoing with the Clerk of
8    the Court for filing and uploading to the CM-ECF system which will send notifications of such filing to all parties of record.
9
     **A COPY** of the foregoing was mailed (or
10   served via electronic notification if indicated by
     an "*") on May 22, 2013, to:
11
     Honorable G. Murray Snow *(*snow_chambers@azd.uscourts.gov*)
12   U.S. District Court
     Sandra Day O'Connor Courthouse Suite 324
13   401 West Washington Street, SPC 82
     Phoenix, Arizona 85003-7550
14
     David Harris* (troll.assassins@cyber-wizards.com)
15   4632 East Caballero Street, #1
     Mesa Arizona  85205
16
     Paul Ticen, Esq.* (paul@kellywarnerlaw.com)
17   Kelly/Warner, PLLC
     404 S. Mill Ave, Suite C-201
18   Tempe, Arizona  85281
19
     /s/ Steven James Goodhue
20
21
22
23
24

2