IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AF Holdings, LLC, a St. Kitts and Nevis limited liability company,<br><br>            Plaintiff,<br><br>v.<br><br>David Harris,<br><br>            Defendant. | No. CV-12-02144-PHX-GMS<br><br>**ORDER** |

**IT IS ORDERED** granting Plaintiff's Motion to Continue Show Cause Hearing (Doc. 54). The show cause hearing currently set for May 31, 2013 is vacated and reset for **June 7, 2013 at 10:30 a.m.** in Courtroom 602, Sandra Day O'Connor U.S. Federal Courthouse, 401 W. Washington St., Phoenix, Arizona 85003-2151.

Dated this 22nd day of May, 2013.

_____
/G. Murray Snow
United States District Judge