Steven James Goodhue (#029288)
Law Offices of Steven James Goodhue
9375 East Shea Blvd., Suite 100
Scottsdale, AZ  85260
Telephone: (480) 214-9500
Facsimile: (480) 214-9501
E-Mail: sjg@sjgoodlaw.com

*Attorney for Plaintiff*
*AF Holdings, L.L.C.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AF HOLDINGS, L.L.C., a St. Kitts and Nevis limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>DAVID HARRIS,<br><br>Defendant. | **CASE NO.: 2:12-CV-02144-PHX-GMS**<br><br>**PLAINTIFF'S NOTICE OF FILING** |

### PLAINTIFF'S NOTICE OF FILING

Please take notice that Plaintiff has filed the following documents in support of its Response to the Court's Order to Show Cause.  (ECF No. 56.):

1)  Exhibit A: Affidavit of Raymond Rogers;

2)  Exhibit B: Transcript Excerpts from the March 11, 2013 Hearing on the Order to Show Cause in *Ingenuity13, LLC v. John Doe*, No. 2:12-cv-08333-ODW-JC;

3)  Exhibit C: Affidavit of Brent Berry;

4)  Exhibit D: Affidavit of John Steele;

1

1  5) Exhibit E: Affidavit of Jason Flesher;

2  6) Exhibit F: Affidavit of Mark Lutz; and

3  7) Exhibit G: Transcript Excerpts from the April 2, 2013 Hearing on the Order to

4  Show Cause in *Ingenuity13, LLC v. John Doe*, No. 2:12-cv-08333-ODW-JC.

6  Law Offices of Steven James Goodhue

7  DATED: May 29, 2013

8  By: /s/ Steven James Goodhue
   Steven James Goodhue (#029288)
9  9375 East Shea Blvd., Suite 100
   Scottsdale, AZ  85260
10 *Attorney for Plaintiff*
   *AF Holdings, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2013, I electronically filed the foregoing with the Clerk of the Court for filing and uploading to the CM-ECF system which will send notifications of such filing to all parties of record.

**A COPY** of the foregoing was mailed (or served via electronic notification if indicated by an "*") on May 25, 2013, to:

Honorable G. Murray Snow *(*snow_chambers@azd.uscourts.gov*)
U.S. District Court
Sandra Day O'Connor Courthouse Suite 324
401 West Washington Street, SPC 82
Phoenix, Arizona 85003-7550

David Harris* (troll.assassins@cyber-wizards.com)
4632 East Caballero Street, #1
Mesa Arizona  85205

/s/ Steven James Goodhue