# EXHIBIT B

Case No. 2:12-cv-08333-ODW-JC

Transcript Excerpt, Mar. 11, 2013
Hearing on Order to Show Cause

```
                                                                    1

 1                    UNITED STATES DISTRICT COURT

 2          CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

 3                    HONORABLE OTIS D. WRIGHT

 4             UNITED STATES DISTRICT JUDGE PRESIDING

 5                              - - -

 6
     Ingenuity 13 LLC,              )
 7                    PLAINTIFF,    )
                                    )
 8   VS.                            )  NO. CV 12-8333 ODW
                                    )
 9   John Doe, et al.,              )
                      DEFENDANT,    )
10   _____)

11

12

13             REPORTER'S TRANSCRIPT OF PROCEEDINGS

14                    LOS ANGELES, CALIFORNIA

15                    MONDAY, MARCH 11, 2013

16

17

18           _____

19              KATIE E. THIBODEAUX, CSR 9858
                U.S. Official Court Reporter
20              312 North Spring Street, #436
                Los Angeles, California 90012
21

22

23

24

25
```

```
                                                                    2

 1   APPEARANCES OF COUNSEL:

 2

 3   FOR RESPONDENT GIBBS:

 4       WAXLER CARNER BRODSKY LLP
         BY:   ANDREW J. WAXLER
 5       -and- BARRY BRODSKY
         1960 E. Grand Avenue
 6       Suite 1210
         El Segundo, CA  90245
 7

 8

 9   FOR DEFENDANT:

10       THE PIETZ LAW FIRM
         BY:   MORGAN E. PIETZ
11       3770 Highland Avenue
         Suite 206
12       Manhattan Beach, CA  90266

13       -and-

14       NICHOLAS RANALLO LAW OFFICES
         BY:   NICHOLAS R. RANALLO
15       371 Dogwood Way
         Boulder Creek, CA  95006
16

17

18   SPECIALLY APPEARING:

19       KLINEDINST LAW OFFICES
         BY:   HEATHER ROSING
20       501 W. Broadway
         Suite 600
21       San Diego, CA  92101

22

23

24

25
```

```
                                                               3

 1                              I N D E X

 2

 3   WITNESS NAME                                     PAGE

 4   Alan Cooper
          Direct Examination by the Court      21
 5        Direct Examination by Mr. Pietz      26
          Cross-Examination by Mr. Brodsky     34
 6
     Bart Huffman
 7        Direct Examination by Mr. Pietz      39

 8   Benjamin Fox
          Direct Examination by Mr. Pietz      45
 9
     Jessie Nason
10        Direct Examination by Mr. Pietz      52

11   Brad Gibbs
          Direct Examination by Mr. Waxler     73
12        Cross-Examination by Mr. Pietz      105

13

14   EXHIBIT                    I.D.       IN EVID.

15   1                           36           37
     2                           36           37
16   3,4,5                       36
     6,7                         43           44
17   8                           50           50
     9                           56
18   10                          67           67
     11                          68           68
19   12                          73           73
     13                         107          107
20   14                         108          108
     15,16,17,18                110          110
21

22

23

24

25
```

1  didn't send a check for a certain amount, that he would
2  make it public to these people's family and friends what
3  they were looking at.
4  Q    I see.  Okay.  Is that all you can remember him
5  saying about this new venture?
6  A    At this time.  Yes.
7  Q    All right.  Now, let's put this in context.  He
8  basically told you that if you started getting any
9  inquiry, that you were to, what, call him or direct the
10 callers to him?
11 A    To contact personally, personally contact him.
12 Q    Okay.  Now, back up.  If you received any calls or
13 inquiries regarding what?
14 A    He said anything that seemed out of place.
15 Q    And you took that to mean what?
16 A    I took that to mean the very next day I went and
17 talked to my father-in-law which is a retired sheriff and
18 talked to him, and he said until anybody contacts you, he
19 goes we have nothing to go to the court system with.
20 Q    And did that change?
21 A    I never heard anything from anybody.
22 Q    All right.  So no one ever contacted you?
23 A    No.
24 Q    And so what is it that made you go off and hire
25 Mr. Paul Godfread?

```
 1  A     I had received a text asking if this was my
 2  signature on a particular document, and I said no.  And
 3  that is when I was given a number to call an attorney to
 4  make sure that this didn't come back towards me.
 5  Q     All right.  I am going to assume that that copy of
 6  that document is probably in court; right?
 7        MR. PIETZ:  Referring now to the copyright
 8  assignment agreement, your Honor?
 9        THE COURT:  Right.
10        MR. PIETZ:  Correct, your Honor.
11        THE COURT:  Okay.  Let me turn this over to you,
12  sir.  Go ahead.
13        MR. PIETZ:  Okay.  Thank you, your Honor.
14             If it please the court, I have some documents
15  which I can show on the monitor including to Mr. Cooper.
16  I just want to make sure we have both the copyright
17  assignments.
18        MR. PIETZ:  Are the monitors arrayed so that the
19  court can see them?
20        THE COURT:  Yes.  The court has its own.  We got
21  that before the sequester.
22        MR. PIETZ:  All right.
23                  DIRECT EXAMINATION
24  BY MR. PIETZ:
25  Q     Mr. Cooper, my name is attorney Morgan Pietz.
```

```
 1                      CERTIFICATE
 2
 3
 4   I hereby certify that pursuant to Section 753, Title 28,
 5   United States Code, the foregoing is a true and correct
 6   transcript of the stenographically reported proceedings held
 7   in the above-entitled matter and that the transcript page
 8   format is in conformance with the regulations of the
 9   Judicial Conference of the United States.
10   Date:  March 17, 2013
11
12    /s/ Katie Thibodeaux, CSR No. 9858, RPR, CRR
13
14
15
16
17
18
19
20
21
22
23
24
25
```