# EXHIBIT E

## Affidavit of Jason Flesher

I, Jason Flesher, under the penalty of perjury, declare and state:

1. I am over eighteen years of age and am competent to testify as to the matters set forth herein. I make this affidavit on the basis of my personal knowledge and, if called, would be prepared to testify as follows.

2. I served in the United States Marine Corps from October 2000 until I was honorably discharged in October 2004. During Operation Iraqi Freedom I served with the 3rd Light Armored Reconnaissance Battalion, Delta Company.

3. I have known John Steele for over 20 years and I consider him to be a very good friend. I first met Alan Cooper in 2007 and spent time with both him and Mr. Steele at Mr. Steele's vacation property in Northern Minnesota. During that time I socialized with both Mr. Steele and Mr. Cooper and participated in a variety of recreational activities with them, including playing cards and board games, four-wheeling, and shooting trap. It was clear to me that Mr. Steele and Mr. Cooper were very good friends.

4. I met Mr. Cooper's wife during my visits to Mr. Steele's cabin. During those visits I spoke with Mr. Cooper's wife about Mr. Cooper's business dealings with Mr. Steele.

5. I was present on Mr. Steele's property when I had a conversation with Mr. Cooper's wife. Mr. Cooper's wife was upset that Mr. Cooper was actively involved as the "Head of a Corporation" in the adult industry.

6. This conversation lasted for several minutes, and Cooper's wife repeatedly complained that Mr. Cooper should not be functioning in this capacity within the adult industry. My recollection is that Mr. Cooper was generally uncomfortable around these types of conversations and would attempt to change the subject.

7. It was clear from the conversation that both Mr. Cooper and his wife were well aware that Mr. Cooper was responsible for signing some documents relating to that work.

8. In the summer of 2012, Mr. Steele offered the use of his vacation property to my family.

9. I took him up on his offer and brought my family to Northern Minnesota, to Steele's property.

10. On the nights they were there, Mr. Cooper made several evening appearances in the cabin, usually acting intoxicated and complaining about their electricity usage. On one particular night, while the family was gathered in the kitchen, Mr. Cooper entered the cabin; he stated "You've used enough electricity", and proceeded to turn off all of the lights, including those in the room that they were occupying.

11. Mr. Cooper at various times would tell my family members that they were being watched, and motion towards inactive security cameras that Mr. Steele had in place. Mr. Cooper's behavior made my family uncomfortable and they ended their vacation early.



Jason Flesher
Dated this 29TH day MAY , 2013

STATE OF _Minnesota_ )
COUNTY OF _Ramsey_ )
Subscribed and sworn to me by _Jason Flesher_ on this _29th_ day of _May_, 2013.
Witness my hand and official seal
My commission expires: _1/31/16_

Notary Public

ANDREW C BEACH
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2016