# EXHIBIT H

## Affidavit of Mark Lutz

I, Mark Lutz, under the penalty of perjury, declare and state:

1. The membership interests in AF Holdings are held in trust.

2. The name of the trust is "Salt Marsh."

3. The class of potential beneficiaries of the trust are, "Any children born to or adopted by me, and any of my subsequent descendents."

4. The first-person references in the trust's beneficiary provisions relate to me.

5. I am Plaintiff's managing member.

6. I do not have any children.

_____
Mark Lutz

In witness whereof I hereunto set my hand and official seal

_____
Notary Public

Notary Public State of Florida
Patricia A Eables
My Commission EE 172967
Expires 02/26/2016

My commission expires: 2/26/2016