Paul D. Ticen (AZ Bar # 024788)
**Kelley / Warner, P.L.L.C.**
8283 N. Hayden Rd., #229
Scottsdale, Arizona 85258
Tel: 480-331-9397
Dir Tel: 480-636-8150
Fax: 480-907-1235
Email: paul@kellywarnerlaw.com

Attorney for Non-Party Subpoena Targets

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AF HOLDINGS, L.L.C., a St. Kitts and Nevis limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>DAVID HARRIS,<br><br>Defendant. | Case No.: 2:12-cv-02144-PHX – GMS<br><br>**NON-PARTIES' REQUEST FOR LEAVE TO FILE REPLY TO PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE** |

Non-parties, who are identified by IP Address Nos. 72.223.91.187, 68.230.120.162, 68.106.45.9, 68.2.87.48, 98.165.107.179 and 68.2.92.187 and targeted through a subpoena duces tecum issued in connection with this matter, hereby request leave to file a reply of approximately 4 1/2 pages with four attached exhibits in response to Plaintiff's Response to Order to Show Cause (Doc. No. 56). On May 29, 2013, undersigned counsel, inquired from Plaintiff's counsel if he planned on objecting in the event the non-parties intended on replying to Plaintiff's Response and exhibits thereto. Plaintiff's counsel has no indicated one way or the other, therefore, non-parties are requesting leave.

The proposed pleading would focus on discrediting Plaintiff's Response, namely,

**Kelly / Warner, PLLC**
404 S. Mill Ave., Suite C-201
Tempe, AZ 85281
Telephone: (480) 331-9397

1

John Steele's declaration in three primary ways:

(1) GoDaddy.com, LLC records, which were subpoenaed in connection with the Minnesota state action of *Cooper v. Steele, et al*, rebuts the inferences that Mr. Steele's affidavit attempts to create, namely, he never used Mr. Cooper's name, and his involvement was limited to offering to refer Mr. Cooper to Mark Lutz. The records establish that on November 6, 2010 Mr. Steele set up a GoDaddy account, initially under his name and business address, but on the same day switched the customer name to Alan Cooper and a Phoenix address belonging to an individual by the name of Jayme Steele.

(2) One of Prenda Law's other principals, Paul Hansmeier, testified on February 19, 2013, as Plaintiff's Designated 30(b)(6) deponent concerning a number of particularized topics, including the assignment, Alan Cooper and Plaintiff's ownership structure and operations. Mr. Hansmeier's deposition testimony directly contradicts Mr. Steele's declaration that he had limited involvement with Mr. Cooper, Plaintiff and the assignment.

(3) Plaintiff has painted Mr. Cooper's repudiation as motivated by revenge. However, Mr. Steele is the one who has acted vengeful and is seeking revenge against Mr. Cooper. Immediately after Mr. Cooper's attorney, Paul Godfread, contacted Mr. Steele concerning the misappropriated identity, Mr. Steele left threatening voice messages and text messages for Mr. Cooper.

A proposed order granting leave is filed herewith.

RESPECTFULLY submitted this 4th day of June, 2013.

**KELLY / WARNER, PLLC**

By   /s/ Paul D. Ticen
Paul D. Ticen
8283 N. Hayden Rd., #229
Scottsdale, Arizona 85258
Attorney for Non-Party Subpoena Targets

**Kelly / Warner, PLLC.**
404 S. Mill Ave., Suite C-201
Tempe, AZ 85281
Telephone: (480) 331-9397

## CERTIFICATE OF FILING AND SERVICE

Pursuant to the Case Management/Electronic Case Filing Administrative Policies and Procedures Manual ("CM/ECF Manual") of the United States District Court for the District of Arizona, I hereby certify that on June 4, 2013, I electronically filed:

**NON-PARTIES' REQUEST FOR LEAVE TO FILE REPLY TO PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

with the U.S. District Court clerk's office using the ECF system, which will send notification of such filing to the assigned Judge and to the following counsel of record:

Steven James Goodhue
Law Offices of Steven James Goodhue
9375 East Shea Blvd., Suite 100
Scottsdale, Arizona 85260
E-Mail: sjg@sjgoodlaw.com
Attorney for Plaintiff

**KELLY / WARNER, PLLC**

By  /s/ Paul D. Ticen
Paul D. Ticen
8283 N. Hayden Road, #229
Scottsdale, Arizona 85258
Attorney for Non-Party Subpoena Targets

**Kelly / Warner, PLLC.**
404 S. Mill Ave., Suite C-201
Tempe, AZ 85281
Telephone: (480) 331-9397