1  Paul D. Ticen (AZ Bar # 024788)
   **Kelley / Warner, P.L.L.C.**
2  8283 N. Hayden Rd., #229
   Scottsdale, Arizona 85258
3  Tel: 480-331-9397
4  Dir Tel: 480-636-8150
   Fax: 480-907-1235
5  Email: paul@kellywarnerlaw.com

6  Attorney for Non-Party Subpoena Targets

7

8

9                    **IN THE UNITED STATES DISTRICT COURT**
                      **FOR THE DISTRICT OF ARIZONA**
10

11 AF HOLDINGS, L.L.C., a St. Kitts and
   Nevis limited liability company,           Case No.: 2:12-cv-02144-PHX – GMS
12

13 Plaintiff,                                 **COVER SHEET FOR LODGED**
                                              **PROPOSED NON-PARTIES' REPLY**
14 v.                                         **TO PLAINTIFF'S  RESPONSE TO**
                                              **ORDER TO SHOW CAUSE**
15
   DAVID HARRIS,
16
   Defendant.
17

18

19

20         Attached is the lodged proposed Non-Parties' Reply to Plaintiff's Response to

21 Order to Show Cause.

22                                            **KELLY / WARNER, PLLC**

23                               By    /s/ Paul D. Ticen
                                       Paul D. Ticen
24                                     8283 N. Hayden Rd., #229
                                       Scottsdale, Arizona 85258
25                                     Attorney for Non-Party Subpoena Targets
26

27

28

*Kelly / Warner, PLLC.*
*404 S. Mill Ave., Suite C-201*
*Tempe, AZ 85281*
*Telephone: (480) 331-9397*

1

Paul D. Ticen (AZ Bar # 024788)
**Kelley / Warner, P.L.L.C.**
8283 N. Hayden Rd., #229
Scottsdale, Arizona 85258
Tel: 480-331-9397
Dir Tel: 480-636-8150
Fax: 480-907-1235
Email: paul@kellywarnerlaw.com

Attorney for Non-Party Subpoena Targets

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AF HOLDINGS, L.L.C., a St. Kitts and Nevis limited liability company, | Case No.: 2:12-cv-02144-PHX – GMS |
| Plaintiff, | |
| v. | **NON-PARTIES' REPLY TO PLAINTIFF'S  RESPONSE TO ORDER TO SHOW CAUSE** |
| DAVID HARRIS, | |
| Defendant. | |

Non-parties, who are identified by IP Address Nos. 72.223.91.187, 68.230.120.162, 68.106.45.9, 68.2.87.48, 98.165.107.179 and 68.2.92.187 and targeted through a subpoena *duces tecum* issued in connection with this matter, hereby submit a reply to Plaintiff's response to the Court's Order to Show Cause.  Plaintiff, through a series of declarations, crafts a detailed story admitting (for the first time) that the Alan Cooper who testified during the March 11, 2013 show cause hearing conducted by Judge Wright is indeed the individual who purportedly signed the assignment.  However, Plaintiff story attempting to cast doubt on Mr. Cooper's "repudiation" of his involvement as Plaintiff's corporate representative, is not credible.  A significant part of Plaintiff's story is based on Attorney John Steele's declaration.  The same John Steele who among

**Kelly / Warner, PLLC.**
404 S. Mill Ave., Suite C-201
Tempe, AZ 85281
Telephone: (480) 331-9397

1

**Kelly / Warner, PLLC.**
404 S. Mill Ave., Suite C-201
Tempe, AZ 85281
Telephone: (480) 331-9397

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

Prenda Law's principals, and who Judge Wright found has an ownership interest in Plaintiff (among other shell companies).  (See Ingenuity 13, LLC v. John Doe, CD Cal, 2:12-cv-08333, ECF Doc No 130 at 3:24-4:7).  Mr. Steele's incredulously claims that his involvement was limited to an <u>offer</u> to facilitate an introduction between Mr. Cooper and Mark Lutz, concerning Mr. Lutz's companies.  (ECF Doc No 59-4 at ¶ 9).   And a recommendation that Mr. Cooper gain exposure to the porn industry by serving as corporate representative.  (*Id.* at ¶ 10).  Although, the time frame of this conversation is unclear, it's reasonable to infer that it occurred no later than 2011 based on Mr. Steele's "understanding" that Mr. Cooper connected with Mr. Lutz and "participated in a limited number of transactions in 2011 with Mr. Lutz's companies." (*Id.* at ¶ 11).  Notably absent are Mr. Steele's claim that  Mr. Cooper authorized him to use his identity and signature in connection with anything and Mr. Steele's express denial that he or others at his direction misappropriated Mr. Cooper's identity and forged signature on the assignment.

16
17
18
19
20
21
22

Mr. Steele's declaration cannot withstand scrutiny.  Mr. Steele's declaration is discredited by documents subpoenaed from GoDaddy.com, LLC  in connection with the Minnesota case and Paul Hansmeier deposition testimony as Plaintiff's designated 30(b)(6) deponent.  Further, a transcript of voice call recordings left by John Steele on Mr. Cooper's voice mail shortly after he (Steele) learned that Mr. Cooper hired Attorney Paul Godfread concerning his misappropriated identity, strongly supports that Mr. Steele's story is the one spawned by retaliation and vengeance.

23
24

**1**.    **GoDaddy.com, LLC records show John Steele misappropriated Mr. Cooper's Identity as early as November 6, 2010.**

25
26
27
28

On November 6, 2010 at 10:01 a.m., John Steele created a GoDaddy account and was assigned Shopper ID 39706942.  (See GoDaddy Document for Shopper ID 39706942, attached as **Exhibit 1** hereto at pg. marked as bates number GD000001) and GD000074).  Initially, Mr. Steele used his own name and the business address for Steele Hansmeier, PLLC.  (*Id*. at pg. marked as bates number GD000074; See May 16, 2011

2

**Kelly / Warner, PLLC.**
404 S. Mill Ave., Suite C-201
Tempe, AZ 85281
Telephone: (480) 331-9397

1  demand letter from Steele Hansmeier, PLLC, attached as **Exhibit 2** hereto).  However, a

2  <u>mere 15 minutes later</u>, Mr. Steele changed the customer name from himself to Alan

3  Cooper.  (Exhibit 1 at pg. marked as bates number GD000074).  And his business

4  address to 4532 East Villa Teresa Drive in Phoenix, where an individual by the name of

5  Jayme Steele was living at the time.  (Id., See Medical Lien recorded by St. Joseph's

6  Hospital with the Maricopa County Recorder, Recording Number 20120901595,

7  attached as **Exhibit 3** hereto).  This GoDaddy account was used to secure a number of

8  domains, and the customer history reveals little doubt that an individual by John Steele

9  had contact with GoDaddy customer service, including issues with the domain

10  www.wefightpiracy.com.   (Exhibit 1 at pgs. bates numbered as GD000002-08 and

11  GD000011).

12       Significantly, Mr. Cooper's name and the Phoenix address were also used in

13  connection with setting up an entity in the State of Minnesota entitled VPR, Inc.

14  (Ingenuity 13, LLC v. John Doe, ECF Doc No. 93 at 30:19-31:7).   Mr. Cooper who

15  testified during the March 11th show cause hearing, including being cross-examined by

16  Brett Gibbs' (Of Counsel to Prenda Law) lawyer, denied living at that address or ever

17  having been to Arizona.  (*Id.* at 30:23-31:7).  And Mr. Cooper denied ever registering

18  the domain "nottissues.com, which is one of the domain names acquired under the

19  account for Shopper ID 39706942. (Id. at 31:17-20; Exhibit 1 at pg. marked as bates

20  number GD000008).

21       Mr. Steele's purported limited involvement as a merely offering to make the

22  introduction (not that he actually did) cannot survive scrutiny in light of these GoDaddy

23  documents establishing that Mr. Steele indeed used Mr. Cooper's identity, and

24  undoubtedly his electronic signature when accepting GoDaddy terms and conditions.

25       **2**.    **Paul Hansmeier Testified that John Steele was Actively Involved in Securing The Assignment with Cooper's Signature**.

26  Mr. Hansmeier, as Plaintiff's designated 30(b)(6) deponent, testified to a number

27  of particularized matters.   See Notice of Deposition of AF Holdings, LLC in *AF*

3

**Kelly / Warner, PLLC.**
404 S. Mill Ave., Suite C-201
Tempe, AZ 85281
Telephone: (480) 331-9397

1    *Holdings v. Joe Navasca*, ND Cal, 3:12-cv-02396, attached as **Exhibit 4** hereto).  The

2    particularized matters included circumstances surrounding the assignment, whether the

3    Mr. Cooper employed by Mr. Steele was the individual whose signature appeared on the

4    assignment and Plaintiff's ownership structure and operations.  *Id*. On February 19,

5    2013, Mr. Hansmeier testified to the following:

- Mark Lutz, Plaintiff's purported CEO, asked Mr. Steele to arrange for a corporate representative to acknowledge the assignment agreement on behalf of Plaintiff.  (*Ingenuity 13 v. John Doe*, ECF Doc No 71 at 122:2-11);

- John Steele did so and returned the assignment bearing Alan Cooper's signature to Plaintiff (*Id*. at 122:9-11)

- John Steele informed him (Mr. Hansmeier) that the Cooper signature was authentic and not a forgery.  (*Id*. at 123:-15-18, 124:6-7).

- John Steele is the only person who knows the Alan Cooper that was the caretaker of Mr. Steele's property in Minnesota.  (*Id*. at 126:18-127:2).

17    Plaintiff's Response paints a different picture concerning Mr. Steele's

18    involvement.   The above testimony undeniably directly contradicts Mr. Steele's

19    declaration.   Both stories cannot be true and correct.   These contradictions further

20    discredit John Steele's declaration and Plaintiff's Response.

21    **3**.    **John Steele's Voice Mails Demonstrate That He Is Seeking Revenge Against Mr. Cooper.**

22

23    While Plaintiff's paints Mr. Cooper as the individual seeking revenge, in reality,

24    John Steele is the person retaliating against Mr. Cooper, and the one acting vengeful.

25    After Mr. Godfread informed Mr. Steele that he (Godfread) was representing Mr.

26    Cooper in connection with the misappropriated identity and forged signature, Mr. Steele

27    repeatedly called Mr. Cooper's cell phone and left messages.  A transcript of these voice

28    messages was an exhibit to the March 11th show cause hearing.  (Ingenuity 13, LLC v.

John Doe, ECF Doc No  79-1).  Mr. Cooper also testified that Mr. Steele left him voice

4

**Kelly / Warner, PLLC.**
404 S. Mill Ave., Suite C-201
Tempe, AZ 85281
Telephone: (480) 331-9397

1   messages and sent him text messages.  (*Id*., ECF Doc No. 93 at 32:5-23).  Notably, Mr.

2   Steele threatened to bring lawsuits against Mr. Cooper, which given the timing, was

3   undeniably in retaliation for Mr. Godfread's call questioning the misappropriated

4   identity. (*Id*. at 3:3-17).  The threatening manner behind the voice messages is easily

5   discerned, especially given the dynamics between a lawyer and non-lawyer.  The

6   vengeful nature of these voice messages further discredits the veracity of Mr. Steele's

7   declaration.

### 4.      Conclusion

Plaintiff's response lacks credibility.  It relies significantly on Mr. Steele's
declaration to question Mr. Cooper's purported "repudiation" of his willingness to serve
as Plaintiff's corporate representative.  However, Mr. Steele's declaration is discredited
by documents subpoenaed from GoDaddy.com, LLC  in connection with the Minnesota
case, Paul Hansmeier deposition testimony as Plaintiff's designated 30(b)(6) deponent
and the vengeful nature of Mr. Steele's voice messages.


RESPECTFULLY submitted this 4th day of June, 2013.


**KELLY / WARNER, PLLC**

By      /s/ Paul D. Ticen
        Paul D. Ticen
        8283 N. Hayden Rd., #229
        Scottsdale, Arizona 85258
        Attorney for Non-Party Subpoena Targets

5

**Kelly / Warner, PLLC.**
404 S. Mill Ave., Suite C-201
Tempe, AZ 85281
Telephone: (480) 331-9397

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## <u>CERTIFICATE OF FILING AND SERVICE</u>

Pursuant to the Case Management/Electronic Case Filing Administrative Policies

and Procedures Manual ("CM/ECF Manual") of the United States District Court for the

District of Arizona, I hereby certify that on June 4, 2013, I electronically filed:

**NON-PARTIES' REPLY TO PLAINTIFF'S  RESPONSE TO ORDER TO SHOW
CAUSE**

with the U.S. District Court clerk's office using the ECF system, which will send

notification of such filing to the assigned Judge and to the following counsel of record:

Steven James Goodhue
Law Offices of Steven James Goodhue
9375 East Shea Blvd., Suite 100
Scottsdale, Arizona 85260
E-Mail: sjg@sjgoodlaw.com
Attorney for Plaintiff

**KELLY / WARNER, PLLC**

By      /s/ Paul D. Ticen
         Paul D. Ticen
         8283 N. Hayden Rd., #229
         Scottsdale, Arizona 85258
         Attorney for Non-Party Subpoena Targets

6