Paul D. Ticen (AZ Bar # 024788)
**Kelley / Warner, P.L.L.C.**
8283 N. Hayden Rd., #229
Scottsdale, Arizona 85258
Tel: 480-331-9397
Dir Tel: 480-636-8150
Fax: 480-907-1235
Email: paul@kellywarnerlaw.com

Attorney for Non-Party Subpoena Targets

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AF HOLDINGS, L.L.C., a St. Kitts and Nevis limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>DAVID HARRIS,<br><br>Defendant. | Case No.: 2:12-cv-02144-PHX – GMS<br><br>**NON-PARTIES' NOTICE OF OBJECTION TO AFFIDAVIT OF JOHN STEELE** |

Non-parties, who are identified by IP Address Nos. 72.223.91.187, 68.230.120.162, 68.106.45.9, 68.2.87.48, 98.165.107.179 and 68.2.92.187 and targeted through a subpoena duces tecum issued in connection with this matter, hereby provide notice of their objection to the affidavit of John Steele (Doc No. 59-4). Plaintiff relies on Mr. Steele's affidavit to establish facts that are not contained in the affidavit and Mr. Steele has submitted declarations in collateral proceedings that contradict these facts. (See Response, Doc No. 56 at 7:22-23; See Affidavit of John Steele, dated December 17, 2012, submitted in connection with *Sunlust Pictures, LLC v. Nguyen*, MD Fl., 8:12-cv-01, ECF Doc No. 40-5 at ¶ 2, attached as **Exhibit 1** hereto).

Further, Mr. Steele's legal representatives made an admission in responding to

1

The Florida Bar's investigation of Mr. Steele concerning the unlicensed practice of law, explaining that Mr. Steele has an interest in some of Prenda Law's larger clients. (See January 26, 2012 letter by David Raben at Pg. 6, attached as **Exhibit 2** hereto). And Georgia Attorney Jacques Nazarie, Of Counsel to Prenda Law, made a statement in an e-mail to opposing counsel in connection with *AF Holdings, LLC v. Patel*, ND Ga., 2:12-cv-00262, that Mr. Steele indeed has an interest in Plaintiff. (See Nazarie e-mail to Blair Chintella dated March 5, 2013, attached as **Exhibit 3** hereto). Notably, the Court ordered Plaintiff to identify "all persons who hold any interest in Plaintiff," which Plaintiff claims is the "Salt Marsh" trust. (Doc No. 51 at 2:21-22, See Doc No. 56 at 9:11:12, ); See Contact Report for Tony Saltmarsh and connection to 4532 E. Villa Theresa Drive in Phoenix, attached as **Exhibit 4** hereto).

The Non-Parties submit this objection because they have an interest in the show cause hearing, namely, that they be permitted by the Court to seek sanctions for attorneys' fees incurred to defend against a subpoena that was issued in bad faith. See (Doc No 49 at 8:9-16) (See *Mount Hope Church v. Bash Back!*, 705 F.3d 418, 425, 428-429 (9th Cir. 2012) (where plaintiff acts in bad faith with respect to issuance of a subpoena, it is appropriate to award sanctions both to subpoena recipient and to affected non-party with interest in subpoenaed information).

The aforementioned Non-Parties respectfully request that the Court disregard the Steele Affidavit and compel Mr. Steele to appear in Arizona before this Court to testify and be subject to cross-examination concerning the issues identified in the Court's Show Cause Order by undersigned counsel and/or the Court. Plaintiff has indicated that it intends to have representatives and/or witnesses attend the hearing, but has not identified these representatives and/or witnesses. (See Doc No. 52 at ¶ 5).

Kelly / Warner, PLLC.
404 S. Mill Ave., Suite C-201
Tempe, AZ 85281
Telephone: (480) 331-9397

1
2
3   RESPECTFULLY submitted this 6th day of June, 2013.
4
5                                  **KELLY / WARNER, PLLC**
6                      By    /s/ Paul D. Ticen
7                            Paul D. Ticen
                             8283 N. Hayden Rd., #229
8                            Scottsdale, Arizona 85258
                             Attorney for Non-Party Subpoena Targets
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

## CERTIFICATE OF FILING AND SERVICE

Pursuant to the Case Management/Electronic Case Filing Administrative Policies and Procedures Manual ("CM/ECF Manual") of the United States District Court for the District of Arizona, I hereby certify that on June 6, 2013, I electronically filed:

**NON-PARTIES' NOTICE OF OBJECTION TO AFFIDAVIT OF JOHN STEELE**

with the U.S. District Court clerk's office using the ECF system, which will send notification of such filing to the assigned Judge and to the following counsel of record:

Steven James Goodhue
Law Offices of Steven James Goodhue
9375 East Shea Blvd., Suite 100
Scottsdale, Arizona 85260
E-Mail: sjg@sjgoodlaw.com
Attorney for Plaintiff

**KELLY / WARNER, PLLC**

By   /s/ Paul D. Ticen
Paul D. Ticen
8283 N. Hayden Road, #229
Scottsdale, Arizona 85258
Attorney for Non-Party Subpoena Targets

**Kelly / Warner, PLLC.**
404 S. Mill Ave., Suite C-201
Tempe, AZ 85281
Telephone: (480) 331-9397

4