Gmail - Re: Settlement  https://mail.google.com/mail/u/0/?ui=2&ik=33fd3fe0fa&view=pt&q=naz.



bbc-Master bbc-Account <bbc.master.acct@gmail.com>

## Re: Settlement

**Jacques Nazaire** <nazaire.jacques@gmail.com>  Tue, Mar 5, 2013 at 4:00 PM
To: Bchintel1 <bchintel1@gmail.com>

Blair:

We are willing to set it aside. I will send you the stip. I just need time to do it. I am not in my office right now.

As far the motion.

1) Mr. Patel has no excuse for his default such as illness, or death in the family or that he never received the papers.
2) As for Alan Cooper, he appears to be a disgruntled employee who was probably not paid what he wanted to be paid and as such he is suing Mr. Steele. Regardless of whether Cooper was branded as a janitor or president of AF Holdings, he is what they deemed him to be. I would like to subpoena him and have him state under oath that he has never received a dime from John Steele, who has interest in AF. Mr. Cooper's allegations are alone not enough to create fraud.

In any event, I will send you the stip to withdraw the entry of default later. I will also call you so that we may discuss where theses cases are going.

-Jacques

---

Gmail - Re: Settlement  https://mail.google.com/mail/u/0/?ui=2&ik=33fd3fe0fa&view=pt&q=naz.



bbc-Master bbc-Account <bbc.master.acct@gmail.com>

## Re: Settlement

**Bchintel1** <bchintel1@gmail.com>  Tue, Mar 5, 2013 at 4:39 PM
To: Jacques Nazaire <nazaire.jacques@gmail.com>

As far as the basis for setting aside the default, our clients obviously disagree. We don't think that it can only be set aside when there's something as serious as a death in the family, illness or not receiving the papers, etc....but send over the stipulation and I'll take a look at it so we can get the ball rolling on this thing...

Regarding Alan Cooper, if I understand you correctly: Alan Cooper was a disgruntled employee of AF Holdings who was paid by John Steele, because apparently Steele has an interest in the company, a company? When you say that he was what "they" deemed him to be I'm assuming that you're referring to Steele? So what was his actual position? Janitor? President? Anyhow, have you talked to Alan Cooper or who is giving you this information? Steele? Duffy? Gibbs?

Sincerely,

Blair Chintella
912-850-1885
404-579-9668
www.chintellalaw.com