Steven James Goodhue (#029288)
Law Offices of Steven James Goodhue
9375 East Shea Blvd., Suite 100
Scottsdale, AZ  85260
Telephone: (480) 214-9500
Facsimile: (480) 214-9501
E-Mail: sjg@sjgoodlaw.com

*Attorney for Plaintiff*
*AF Holdings, L.L.C.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AF HOLDINGS, L.L.C., a St. Kitts and Nevis limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>DAVID HARRIS,<br><br>Defendant. | **CASE NO.: 2:12-CV-02144-PHX-GMS**<br><br><br>**PLAINTIFF'S MOTION TO CONTINUE (RESCHEDULE) THE SHOW CAUSE HEARING SET FOR JUNE 7, 2013** |

Plaintiff AF Holdings, L.L.C. ("Plaintiff"), through its undersigned counsel, hereby moves this Honorable Court to continue (reschedule) the Show Cause Hearing which is currently scheduled for June 7, 2013, at 10:30 p.m., and in support of this motion, states as follows:

1. Per the Court's Orders of May 17, 2013 (ECF No. 51) and May 22, 2013 (ECF No. 55), a Show Cause Hearing was set for June 7, 2013 at 10:30 am.

2. Plaintiff's counsel was prepared to appear at the Show Cause Hearing, and was scheduled to fly out of Denver at 1:45 pm and arrive into Phoenix at 2:34 pm on June 6, 2013. A copy of Plaintiff's counsel's boarding pass is attached hereto as Exhibit A.

1

3. At approximately 2:30 am on June 6, 2103, Plaintiff's counsel experienced a medical problem; and after consultation with his primary care physician, presented to Swedish Medical Center in Denver, Colorado. Plaintiff's counsel was discharged from Swedish Medical Center at approximately 3:00 pm on June 6, 2013, and is to immediately follow up with a specialist. A prescription form from Swedish Medical Center dated June 6, 2013, verifying Plaintiff's counsel's admission is attached hereto as Exhibit B.

4. Plaintiff's counsel was cautioned against traveling until being evaluated by a specialist.

5. Wherefore, with sincere apologies to the Court, the Parties and Counsel of Record, Plaintiff's counsel would respectfully request an Order of this Court continuing (rescheduling) the Show Cause Hearing currently set for June 7, 2013.

Dated this 7th day of June, 2013

        Law Offices of Steven James Goodhue

        By: /s/ Steven James Goodhue
        Steven James Goodhue (#029288)
        9375 East Shea Blvd., Suite 100
        Scottsdale, AZ  85260
        *Attorney for Plaintiff*
        *AF Holdings, L.L.C.*

1
2   I hereby certify that on June 7th, 2013, I electronically filed the foregoing with the Clerk of the Court for filing and uploading to the CM-ECF system which will send notifications of such filing to all parties of record.
3
4   **A COPY** of the foregoing was mailed (or served via electronic notification if indicated by an "*") on June 7, 2013, to:
5
6   Honorable G. Murray Snow *(*snow_chambers@azd.uscourts.gov*)
    U.S. District Court
    Sandra Day O'Connor Courthouse Suite 324
7   401 West Washington Street, SPC 82
    Phoenix, Arizona 85003-7550
8
    David Harris* (troll.assassins@cyber-wizards.com)
9   4632 East Caballero Street, #1
    Mesa Arizona  85205
10
    Paul Ticen, Esq.* (paul@kellywarnerlaw.com)
11  Kelly/Warner, PLLC
    404 S. Mill Ave, Suite C-201
12  Tempe, Arizona  85281
13
    /s/ Steven James Goodhue
14
15
16
17
18
19
20
21
22
23
24

3