Please detach here prior to boarding

Frontier Copy

**FLYFRONTIER.COM**  **FLYFRONTIER.COM**

| NAME  GOODHUE /STEVENMR      AJRXGN     BOARDING TIME |
| DATE  06JUN13                                  0110P |
| FQTV  10102305802 SUMMIT |
| **FLIGHT    1857   Denver, CO** |
|                    Phoenix, AZ       **Economy** |
|                                           SEQ001 |
| **CARRY-ON** |
| OPERATED BY REPUBLIC AIRLINES |
| GATE      ****           SEAT        **3D** |

NAME   GOODHUE/STEVENM
DATE   06JUN13
FQTV   10102305802 SUMMIT
FLIGHT  1857
ET     4222175428852

**CARRY-ON**

GATE       SEAT
****        3D

**ZONE 1**  SEQ001        DEP   DEN 145P
            ECON          ARR   PHX 234P

**E-TICKET**
4222175428852
**BOARDING PASS**

**BOARDING TIME** 0110P
**ZONE 1**