**Health ONE Swedish Medical Center**
501 East Hampden Avenue
Englewood, CO 80113

Name: Goodhue, Steven J
Address: _____  Date: 6/6/13

℞ Patient was evaluated in the Swedish ER today (6/6/13) from (0025-1500).

Refill: 0 Times  Dr. _____ PA-C  Anna Hyland, PA-C
May Substitute

☐ Label
DEA # _____  Dr. _____
Dispense as Written

COLO # _____  Address _____

10/06 (7120021)