

Keena R. Willis
Sr. Paralegal/Compliance Manager
kwillis@godaddy.com

14455 N. Hayden Road
Suite 219
Scottsdale, AZ 85260

D 480.624.2506
F 480.624.2546

April 30, 2013

Paul Godfread, Esq.
100 S. 5th Street, Suite 1900
Minneapolis, MN 55402

Re:   *notissues.com*
      GDG Reference No. 13-11310

Dear Mr. Godfread:

Please consider this GoDaddy.com, LLC's official response to the Subpoena issued by the Hennepin County, Minnesota 4th Judicial District Court. In response to that Subpoena, we are herewith producing approximately three hundred twenty-three (323) pages of documents which have been Bates labeled as GD 000001 through GD 000323. Certain documents herein contain information that is protected by our privacy policy and therefore, GoDaddy.com requests confidential treatment of those pages that have been designated as "Confidential." You should assume that if categories of documents called for in the subpoena are not included in the produced documents, GoDaddy.com has no responsive documents for such categories.

We have also enclosed an executed Certificate of Authenticity.

If this case involves a domain name dispute, please provide domaindisputes@godaddy.com with a file copy of the complaint so that they may place the domain name on registrar lock pending the outcome of the case.

Please remit your check in the amount of $85.45 to cover the cost of production.

Copying, printing and reproduction
    323 Pages x $.25 per Page    $80.75
FedEx    $4.70
TOTAL    $85.45

If we can assist further, please give me a call.

Very truly yours,

GODADDY.COM, LLC

*Cheryl A. Heffelfinger*

Cheryl A. Heffelfinger
Compliance Specialist

Enclosure

CERTIFICATE OF AUTHENTICITY
OF
BUSINESS RECORDS

I, Cheryl A. Heffelfinger, declare that that I am employed by GoDaddy.com, LLC, and that my office title or position is Compliance Specialist. I further declare that I am a custodian of records of said business and that each of the records attached hereto is the original or a duplicate (exact photocopy) of an original record in the custody of GoDaddy.com, LLC.

I further state that:
1. Such records were made, at or near the times of the occurrence of the matters set forth by (or from information transmitting by) a person with knowledge of those matters;
2. such records are kept in the course of a regularly conducted business activity;
3. the business activity made such records as a regular practice; and
4. if such records are not the originals, such records are duplicates of the originals.

I declare under penalty of perjury the forgoing is true and correct.

Dated this 30th day of April 2013.

_____
Cheryl A. Heffelfinger,
Compliance Specialist
GoDaddy.com, LLC.
14455 N. Hayden Road, Suite 219
Scottsdale, Arizona 85260

13-11310

# State of Minnesota

| County of | Hennepin |
|---|---|

**District Court**

| Judicial District: | Fourth |
|---|---|
| Court File Number: | NA |
| Case Type: | Civil |

Alan Cooper
Plaintiff / Petitioner

and

John Lawrence Steele, et al.
Defendant / Respondent

SUBPOENA IN A CIVIL CASE
(COMMAND TO APPEAR)
Minn. R. Civ. Pro. 45

Rcd: 19 Feb 2013

| TO: | GoDaddy.com LLC | 14455 N. Hayden Rd. #219, Scottsdale, AZ 85260 |
|---|---|---|
| | Name | Address |

☐ You are commanded to appear as a witness in the district court to give testimony at the place, date, and time specified below.

| Place of Testimony | Courtroom |
|---|---|
| | Date and Time |

☐ You are commanded to appear at the place, date and time specified below to testify at the taking of a deposition in the above case.

| Place of Deposition | Date and Time |
|---|---|

☑ You are commanded to produce and permit inspection and copying of the listed documents or objects at the place, date and time specified below (attach list of documents or objects if necessary):

| Place | Date and Time |
|---|---|
| Godfread Law Firm, 100 S. 5th St. #1900, Minneapolis, MN 55402 | 3/8/2013 5:00pm |

☐ You are commanded to permit inspection of the following premises at the date and time specified below.

| Premises | Date and Time |
|---|---|

Person requesting subpoena: *Paul Godfread*  Telephone no: 612-284-7325

**WARNING: FAILURE TO OBEY A SUBPOENA WITHOUT BEING EXCUSED IS A CONTEMPT OF COURT**

| *Paul G[odfread]* | 2/14/2013 |
|---|---|
| Signature of Court Administrator / (Plaintiff's Attorney) / Defendant's Attorney (Circle) | Date |
| Paul Godfread 100 S. 5th St. #1900 Minneapolis, MN 55402  612-284-7325 | |
| Name, Address and Phone Number (if issued by Attorney as an Officer of the Court) | SEAL (if issued by Court Administration) |

**IMPORTANT: Both pages of this document must be served on the person receiving the summons.**

| CIV101 | State | ENG | Rev 11/09 | www.mncourts.gov/forms | Page 1 of 2 |