1  David Harris
   4632 E. Caballero ST
2  Number One
   Mesa, AZ   85205
3  (480) 297-9546
   troll.assassins@cyber-wizard.com
4
   Defendant Pro Se
5

6              **IN THE UNITED STATES DISTRICT COURT**

7              **FOR THE DISTRICT OF ARIZONA**

8
   AF Holdings, LLC                     )
9                                       )
             Plaintiff,                 )        **Case 2:12-cv-02144-GMS**
10       vs.                            )
                                        )        The Honorable G. Murray Snow
11  David Harris                        )
                                        )        **Defendant's Notice to the Court RE:**
12           Defendant.                 )                **Order (ECF 69).**
                                        )
13

14  _____

15         This Court Ordered:   "Defendant Harris must produce initial disclosures pursuant

16  to Fed. R. Civ. P. 26(c)"  (ECF 69, 2 at 2).  Being unschooled in the procedure and

17  principal of law, to the Defendant that statement seems to conflict itself.  FRCP 26(a)(1)

18  Initial Disclosure and FRCP 26(c) Protective Orders.

19         Unless otherwise notified I assume the reference to rule 26(c) is merely an error,

20  that the Court meant 26(a).

21

22  I swear or affirm and declare or certify, verify or state under penalty of perjury that the

23  foregoing is true and correct so help me God.

24  Executed this 13th Day of June, 2013

25

26  By: /s/ David Harris

27  David Harris
    4632 E. Caballero St.
28  Number One
    Mesa, Arizona 85205

1    Defendant Pro Se

2

3                        **CERTIFICATE OF SERVICE**

4    I hereby certify that on this 13th Day of June, 2013, a copy of the foregoing

5    was filed electronically and served upon the following by operation of the Court's

6    electronic filing system.

7    Steven James Goodhue (#029288)
     Law Offices of Steven James Goodhue
8    9375 East Shea Blvd., Suite 100
     Scottsdale, AZ 85260
9    Telephone: (480) 214-9500
     Facsimile: (480) 214-9501
10   E-Mail: sjg@sjgoodlaw.com

11   Paul Ticen, Esq.
     Kelly/Warner, PLLC
12   404 S. Mill Ave, Suite C-201
     Tempe, Arizona 85281
13   E-Mail:   paul@kellywarnerlaw.com

14   By: /s/ David Harris

15   ///

16   ///

17

18

19

20

21

22

23

24

25

26

27

28