Steven James Goodhue (#029288)
Law Offices of Steven James Goodhue
9375 East Shea Blvd., Suite 100
Scottsdale, AZ  85260
Telephone: (480) 214-9500
Facsimile: (480) 214-9501
E-Mail: sjg@sjgoodlaw.com

*Attorney for Plaintiff*
*AF Holdings, L.L.C.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AF HOLDINGS, L.L.C., a St. Kitts and Nevis limited liability company,<br><br>Plaintiff,<br>v.<br><br>DAVID HARRIS,<br><br>Defendant. | **CASE NO.: 2:12-CV-02144-PHX-GMS**<br><br><br>**PLAINTIFF'S MOTION FOR LEAVE TO FILE SEALED DOCUMENT** |

Plaintiff AF Holdings, L.L.C. ("Plaintiff"), through its undersigned counsel, hereby moves this Honorable Court for an Order granting it leave to file a sealed document, and in support of this motion, states as follows:

1.     Per the Court's Orders of June 11, 2013 (ECF No. 71), Plaintiff's counsel is to lodge under seal, a supplemental pleading stating (a) the medical condition for which he sought treatment; (b) all documentation concerning any visits he made to medical professionals on June 6, 2013; (c) identify who cautioned Plaintiff against traveling until being evaluated by a specialist; and (d) all documentation concerning any visits he subsequently made to a specialist as a result of the medical condition for which he sought treatment on June 6, 2013.

1

1       2.      Concurrently herewith, Plaintiff's counsel has lodged the requested Supplemental

2  Pleading.

3       Wherefore, Plaintiff respectfully requests an Order of this Court granting its Motion for

4  Leave to File Sealed Document.

5

6

  Dated this 17th day of June, 2013

7

8
                              Law Offices of Steven James Goodhue

9

10                By: _/s/ Steven James Goodhue_____
                    Steven James Goodhue (#029288)

11                    9375 East Shea Blvd., Suite 100
                    Scottsdale, AZ  85260

12                    *Attorney for Plaintiff*
                    *AF Holdings, L.L.C.*

13

14

15

16

17

18

19

20

21

22

23

24

1

       I hereby certify that on June 17th, 2013, I electronically filed the foregoing with the Clerk of

2  the Court for filing and uploading to the CM-ECF.

3  **A COPY** of the foregoing was mailed (or
    served via electronic notification if indicated by

4  an "*") on June 17, 2013, to:

5  Honorable G. Murray Snow *(*snow_chambers@azd.uscourts.gov*)
    U.S. District Court

6  Sandra Day O'Connor Courthouse Suite 324
    401 West Washington Street, SPC 82

7  Phoenix, Arizona 85003-7550

8  David Harris* (troll.assassins@cyber-wizards.com)
    4632 East Caballero Street, #1

9  Mesa Arizona  85205

10  Paul Ticen, Esq.* (paul@kellywarnerlaw.com)
    Kelly/Warner, PLLC

11  404 S. Mill Ave, Suite C-201
    Tempe, Arizona  85281

12

13  /s/ Steven James Goodhue

14

15

16

17

18

19

20

21

22

23

24

3