Steven James Goodhue (#029288)
Law Offices of Steven James Goodhue
9375 East Shea Blvd., Suite 100
Scottsdale, AZ  85260
Telephone: (480) 214-9500
Facsimile: (480) 214-9501
E-Mail: sjg@sjgoodlaw.com

*Attorney for Plaintiff*
*AF Holdings, L.L.C.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AF HOLDINGS, L.L.C., a St. Kitts and Nevis limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>DAVID HARRIS,<br><br>Defendant. | **CASE NO.: 2:12-CV-02144-PHX-GMS**<br><br>**PLAINTIFF'S SECOND MOTION FOR LEAVE TO FILE SEALED DOCUMENT** |

Plaintiff AF Holdings, L.L.C. ("Plaintiff"), through its undersigned counsel, hereby moves this Honorable Court for an Order granting it leave to file a sealed document, and in support of this motion, states as follows:

1.   Per the Court's Order of June 18, 2013 (ECF No. 76), Plaintiff's counsel is required to continue to supplement the record with all the medical records and documentation indicated in Doc. 71.

2.   Concurrently with the filing of this Motion, Plaintiff's counsel has lodged under seal supplemental medical records and documentation with the Court.

1

1       Wherefore, Plaintiff respectfully requests an Order of this Court granting its Second Motion for Leave to File Sealed Document.

Dated this 19th day of June, 2013

                                  Law Offices of Steven James Goodhue

                                  By: /s/ Steven James Goodhue
                                      Steven James Goodhue (#029288)
                                      9375 East Shea Blvd., Suite 100
                                      Scottsdale, AZ  85260
                                      *Attorney for Plaintiff*
                                      *AF Holdings, L.L.C.*

      I hereby certify that on June19, 2013, I electronically filed the foregoing with the Clerk of the Court for filing and uploading to the CM-ECF.

**A COPY** of the foregoing was mailed (or served via electronic notification if indicated by an "*") on June 19, 2013, to:

Honorable G. Murray Snow *(*snow_chambers@azd.uscourts.gov*)
U.S. District Court
Sandra Day O'Connor Courthouse Suite 324
401 West Washington Street, SPC 82
Phoenix, Arizona 85003-7550

David Harris* (troll.assassins@cyber-wizards.com)
4632 East Caballero Street, #1
Mesa Arizona  85205

Paul Ticen, Esq.* (paul@kellywarnerlaw.com)
Kelly/Warner, PLLC
404 S. Mill Ave, Suite C-201
Tempe, Arizona  85281

/s/ Steven James Goodhue

2