| | |
|---|---|
| 1 | David Harris |
| 2 | 4632 E. Caballero ST<br>Number One |
| 3 | Mesa, AZ  85205<br>(480) 297-9546 |
| 4 | troll.assassins@cyber-wizard.com |
| 5 | Defendant Pro Se |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| AF Holdings, LLC | ) | |
|     Plaintiff, | ) | **Case 2:12-cv-02144-GMS** |
| vs. | ) | The Honorable G. Murray Snow |
| David Harris | ) | **Notice to the Court of Defendant's Rule 26(a) Initial Disclosure** |
|     Defendant. | ) | |

In compliance with Order (EFC 69) Defendant served upon Plaintiff's counsel his Initial Disclosure by means of electronic mail to:  sjg@sjgoodlaw.com on June the 19th, 2013.

I swear or affirm and declare or certify, verify or state under penalty of perjury that the foregoing is true and correct so help me God.

Executed this 19th Day of June, 2013

By: /s/ David Harris

David Harris
4632 E. Caballero St.
Number One
Mesa, Arizona 85205

Defendant Pro Se

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on this 19th Day of June, 2013, a copy of the foregoing |
| 3 | was filed electronically and served upon the following by operation of the Court's |
| 4 | electronic filing system. |

Steven James Goodhue (#029288)
Law Offices of Steven James Goodhue
9375 East Shea Blvd., Suite 100
Scottsdale, AZ 85260
Telephone: (480) 214-9500
Facsimile: (480) 214-9501
E-Mail: sjg@sjgoodlaw.com

Paul Ticen, Esq.
Kelly/Warner, PLLC
404 S. Mill Ave, Suite C-201
Tempe, Arizona 85281
E-Mail: paul@kellywarnerlaw.com

By: /s/ David Harris