Steven James Goodhue (#029288)
Law Offices of Steven James Goodhue
9375 East Shea Blvd., Suite 100
Scottsdale, AZ  85260
Telephone: (480) 214-9500
Facsimile: (480) 214-9501
E-Mail: sjg@sjgoodlaw.com

*Attorney for Plaintiff*
*AF Holdings, L.L.C.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AF HOLDINGS, L.L.C., a St. Kitts and Nevis limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>DAVID HARRIS,<br><br>Defendant. | **CASE NO.: 2:12-CV-02144-PHX-GMS**<br><br><br>**PLAINTIFF'S MOTION TO CONTINUE (RESCHEDULE) THE SHOW CAUSE HEARING SET FOR JUNE 21, 2013** |

Plaintiff AF Holdings, L.L.C., through its undersigned counsel, hereby respectfully requests the Court continue the Show Cause Hearing which is currently scheduled for June 21, 2013 at 2:00 p.m. The undersigned counsel's serious medical issues continue to persist and the undersigned counsel is unable to travel or attend the hearing in any meaningful capacity in his current condition. The undersigned counsel has also been prescribed medication that greatly interferes with his ability to remain lucid.  The undersigned counsel will only be able to participate in the Show Cause Hearing once he has fully addressed his medical issues, and he is cleared by his doctors.  The undersigned counsel respectfully requests that the Court continue the Show Cause Hearing until the undersigned counsel has completed the diagnostic testing, and any follow up care recommended by his physician.

1

Once the undersigned has completed the diagnostic testing and any follow up care, and is able to participate in the Show Cause Hearing, he will immediately notify the Court.

The undersigned counsel understands that his medical issues come at an inconvenient time in regards to the Show Cause Hearing and apologizes to the Court and Defendant for this inconvenience, but the seriousness of the medical issues is outside of the undersigned counsel's control. To reduce the impact of the delay caused by the medical issues, Plaintiff will provide written submissions to the issues raised in the Court's June 11, 2013 Order (ECG No. 71) in the very near future.

Dated this 20th day of June, 2013

                        Law Offices of Steven James Goodhue

                        By: _/s/ Steven James Goodhue_____
                            Steven James Goodhue (#029288)
                            9375 East Shea Blvd., Suite 100
                            Scottsdale, AZ  85260
                            *Attorney for Plaintiff*
                            *AF Holdings, L.L.C.*

I hereby certify that on June 20, 2013, I electronically filed the foregoing with the Clerk of the Court for filing and uploading to the CM-ECF system which will send notifications of such filing to all parties of record.

**A COPY** of the foregoing was mailed (or
served via electronic notification if indicated by
an "*") on June 20, 2013, to:

Honorable G. Murray Snow *(*snow_chambers@azd.uscourts.gov*)
U.S. District Court
Sandra Day O'Connor Courthouse Suite 324
401 West Washington Street, SPC 82
Phoenix, Arizona 85003-7550

David Harris* (troll.assassins@cyber-wizards.com)
4632 East Caballero Street, #1
Mesa Arizona  85205

Paul Ticen, Esq.* (paul@kellywarnerlaw.com)
Kelly/Warner, PLLC
404 S. Mill Ave, Suite C-201
Tempe, Arizona  85281

/s/ Steven James Goodhue

3