Paul D. Ticen (AZ Bar # 024788)
**Kelley / Warner, P.L.L.C.**
8283 N. Hayden Rd., #229
Scottsdale, Arizona 85258
Tel: 480-331-9397
Dir Tel: 480-636-8150
Fax: 480-907-1235
Email: paul@kellywarnerlaw.com

Attorney for Non-Party Subpoena Targets

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| AF HOLDINGS, L.L.C., a St. Kitts and Nevis limited liability company, | Case No.: 2:12-cv-02144-PHX – GMS |
| Plaintiff, | |
| v. | **NON-PARTIES' RESPONSE AND NON-OBJECTION TO PLAINTIFF'S MOTION TO CONTINUE SHOW CAUSE HEARING** |
| DAVID HARRIS, | |
| Defendant. | |

Non-parties, who are identified by IP Address Nos. 72.223.91.187, 68.230.120.162, 68.106.45.9, 68.2.87.48, 98.165.107.179 and 68.2.92.187 and targeted through a subpoena duces tecum issued in connection with this matter, hereby submit a response and non-objection to Plaintiff's Motion to Show Cause Hearing.

On June 17, 2013, undersigned counsel spoke to Mr. Goodhue by phone on an unrelated matter. Based on this conversation and the number of prior dealings undersigned counsel has had with Mr. Goodhue on this matter and several other matters over approximately the past year, it is undersigned counsel's belief that Mr. Goodhue's medical issues and concerns are legitimate, and undersigned counsel has no objection to allowing Mr. Goodhue sufficient time to address same.

**Kelly / Warner, PLLC.**
404 S. Mill Ave., Suite C-201
Tempe, AZ 85281
Telephone: (480) 331-9397

1

1

2      RESPECTFULLY submitted this 20th day of June, 2013.

3

4                                    **KELLY / WARNER, PLLC**

5                        By      /s/ Paul D. Ticen
                                 Paul D. Ticen
6                                8283 N. Hayden Rd., #229
7                                Scottsdale, Arizona 85258
                                 Attorney for Non-Party Subpoena Targets
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Kelly / Warner, PLLC.**
404 S. Mill Ave., Suite C-201
Tempe, AZ 85281
Telephone: (480) 331-9397

2

**Kelly / Warner, PLLC.**
404 S. Mill Ave., Suite C-201
Tempe, AZ 85281
Telephone: (480) 331-9397

1

2

## **CERTIFICATE OF FILING AND SERVICE**

3        Pursuant to the Case Management/Electronic Case Filing Administrative Policies

4   and Procedures Manual ("CM/ECF Manual") of the United States District Court for the

5   District of Arizona, I hereby certify that on June 20, 2013, I electronically filed:

6   **NON-PARTIES' RESPONSE AND NON-OBJECTION TO PLAINTIFF'S**
    **MOTION TO CONTINUE SHOW CAUSE HEARING**
7

8   with the U.S. District Court clerk's office using the ECF system, which will send

9   notification of such filing to the assigned Judge and to the following counsel of record:

10

11      Steven James Goodhue
        Law Offices of Steven James Goodhue
12      9375 East Shea Blvd., Suite 100
        Scottsdale, Arizona 85260
13      E-Mail: sjg@sjgoodlaw.com
        Attorney for Plaintiff
14
        David Harris
15      E-Mail: troll.assassins@cyber-wizards.com

16

17                              **KELLY / WARNER, PLLC**

18
                    By    /s/ Paul D. Ticen
19                        Paul D. Ticen
20                        8283 N. Hayden Road, #229
                          Scottsdale, Arizona 85258
21                        Attorney for Non-Party Subpoena Targets

22

23

24

25

26

27

28