IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AF Holdings, LLC, a St. Kitts and Nevis limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>David Harris,<br><br>Defendant. | No. CV-12-02144-PHX-GMS<br><br>**ORDER** |

**IT IS ORDERED** granting the Motion to Seal Document (Doc. 78) and directing the Clerk of Court to file the lodged Supplement (Doc. 79) under seal.

**IT IS FURTHER ORDERED** granting the Motion to Continue Show Cause Hearing (Doc. 81) and vacating the OSC Hearing currently scheduled for June 21, 2013 and resetting it for **July 19, 2013 at 11:15 a.m.**

Dated this 20th day of June, 2013.

_/s/ A. Murray Snow_
G. Murray Snow
United States District Judge