|  |  |
|---|---|
| AF Holdings, LLC | **Case 2:12-cv-02144-GMS** |
| Plaintiff, | |
| vs. | **Order** |
| David Harris | |
| Defendant. | |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Pending before the Court is Defendants Motion for Equitable Estoppel and Show Cause Order. Defendant having shown good cause,

**IT IS ORDERED GRANTING** Defendants Motion for all relief prayed for.

**IT IS FURTHER ORDERED** Plaintiff will have seven days to enter evidence to refute Defendant's allegation.

**IT IS FURTHER ORDERED** In the event Plaintiff can not refute Defendant's allegations to this Court's Satisfaction, the information in Defendant's Motion will be forwarded to the United States Attorney for the District of Arizona for Prosecution of Plaintiff for Felony Copyright Infringement.