Paul D. Ticen (AZ Bar # 024788)
**Kelley / Warner, P.L.L.C.**
8283 N. Hayden Rd., #229
Scottsdale, Arizona 85258
Tel: 480-331-9397
Dir Tel: 480-636-8150
Fax: 480-907-1235
Email: paul@kellywarnerlaw.com

Attorney for Non-Party Subpoena Targets

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AF HOLDINGS, L.L.C., a St. Kitts and Nevis limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>DAVID HARRIS,<br><br>Defendant. | Case No.: 2:12-cv-02144-PHX – GMS<br><br>**DECLARATION IN SUPPORT OF APPLICATION FOR ATTORNEYS' FEES AND COSTS** |

STATE OF ARIZONA    )
                   ) ss.
County of Maricopa  )

I, Paul D. Ticen, being first duly sworn upon oath, depose and state as follows:

1. I was first admitted to the practice of law in Arizona in October 2006.

2. I obtained my law degree from University of the Pacific – McGeorge School of Law in 2006.

3. I am an attorney and of counsel with the law firm Kelly / Warner, PLLC, and I have practiced primarily in litigation for approximately 6 years, with the last 2-3 in specialized areas such as copyright, trademark, and Internet related issues such as the Computer Fraud and Abuse Act.

1

4.I am the attorney of record for the non-parties and make this Declaration of my own personal knowledge for and on behalf of the non-parties, being duly authorized to do so.

5.The non-parties retained me to represent them.

6.The non-parties are entitled to recovery of their reasonably incurred attorneys' fees.

7.Exhibit C to the Motion reflects a true and accurate copy of the fee agreement that was signed by the non-parties. Their names have been redacted to protect anonymity, and Exhibit C does not contain their signature. If directed by the Court, I will file the signed fee agreements under seal.

8.The itemization of services rendered, attached to the Motion for Attorneys' Fees as Exhibit E and incorporated herein by reference, is a true and correct statement of services rendered on behalf of the non-parties in this matter through the present, which has been paid or amounts that are contingent on an attorneys' fees application awarded in their favor.

9.The following is a summary of the hours expended by me as reflected in the itemized bills through July 20, 2013:

Paul Ticen52.2 hours at $250.00 per hour$13,050

See Exhibit E.

10.The following is a summary of the hours expended by me in preparation of the Motion through August 2, 2013:

Paul Ticen11.3 hours at $250.00 per hour$3,025.00.

See Exhibit E.

11.In the event Plaintiff responds and objects to an award of attorneys' fees, additional time will be incurred in preparing a Reply thereto.

12.At the time the non-parties hired me to represent him, my hourly rate was $250 per hour.

2

13. I am aware of the fees charged by attorneys with similar experience in this community and it is my professional opinion that the rates charged by me are more than reasonable and that they are generally in accordance with the mid-range charged by other lawyers in this community in general and at the lower-end of the range with respect to intellectual property matters. The allowance of these attorneys' fees would in my opinion, be reasonable as a matter of law.

14. The foregoing is also supported by the accompanying Motion.

15. I declare under penalty of perjury that the foregoing is true and correct.

RESPECTFULLY submitted this 2nd day of August, 2013.

**KELLY / WARNER, PLLC**

By  /s/ Paul D. Ticen
Paul D. Ticen
8283 N. Hayden Rd., #229
Scottsdale, Arizona 85258
Attorney for Non-Party Subpoena Targets

**Kelly / Warner, PLLC.**
404 S. Mill Ave., Suite C-201
Tempe, AZ 85281
Telephone: (480) 331-9397