# Timesheet Details by Team

Kelly / Warner, PLLC
Between June 27, 2011 and August 02, 2013

| | Client | Project | Task | Notes | Hours | Billed |
|---|---|---|---|---|---|---|
| **Ticen, Paul** | | | | | | |
| 03/19/13 | Harris Spinoff Litigation | AF Holdings v. Harris | Billable Time | Reviewed Materials in Consolidated Cases of Ingenuity 13 v. Doe in Central District of California in preparation for preparing factual background for motion to stay litigation | 1.10 | yes |
| 03/20/13 | Harris Spinoff Litigation | AF Holdings v. Harris | Billable Time | Preparing Factual Background to Motion for Stay Litigation | 4.00 | yes |
| 03/21/13 | Harris Spinoff Litigation | AF Holdings v. Harris | Billable Time | Preparing Motion for Stay of Litigation and Subpoena; Preparing Exhibits | 7.40 | yes |
| 03/22/13 | Harris Spinoff Litigation | AF Holdings v. Harris | Billable Time | Continued Preparation of Motion for Stay | 7.10 | yes |
| 03/23/13 | Harris Spinoff Litigation | AF Holdings v. Harris | Billable Time | Finalized Motion to Stay; Prepared Sections re Motion to Quash and Motion for Protective Order | 2.30 | yes |
| 03/25/13 | Harris Spinoff Litigation | AF Holdings v. Harris | Billable Time | Finalized Exhibits; Prepared Proposed Order; Filed same | 1.40 | yes |
| 04/15/13 | Harris Spinoff Litigation | AF Holdings v. Harris | Billable Time | Prepared Correspondence to Clients re ▬▬▬▬ (n/c .2) | 0.00 | |
| 04/29/13 | Harris Spinoff Litigation | AF Holdings v. Harris | Billable Time | Prepared Correspondence To Clients re ▬▬▬▬ (n/c 2). | 0.00 | |
| 05/06/13 | Harris Spinoff Litigation | AF Holdings v. Harris | Billable Time | Reviewed and analyzed Plaintiff's Response; Legal Research re Motion to Strike and in preparation to address Reply; Reviewed and analyzed Judge Wright's Order re Sanctions | 3.70 | yes |
| 05/07/13 | Harris Spinoff Litigation | AF Holdings v. Harris | Billable Time | Prepared and Revised Reply In Support of Motion for Stay of Discovery; Prepared Exhibits; Filed Same | 6.40 | yes |
| 05/17/13 | Harris Spinoff Litigation | AF Holdings v. Harris | Billable Time | Reviewed Order re Staying Litigation and Setting OSC hearing; Prepared correspondence to clients re same | 0.30 | |
| 05/25/13 | Harris Spinoff Litigation | AF Holdings v. Harris | Billable Time | Reviewed and analyzed Plaintiff's Response to OSC and Plaintiff's Response to Defendant's Request for Sanctions | 0.40 | |
| 06/03/13 | Harris Spinoff Litigation | AF Holdings v. Harris | Billable Time | Reviewed GoDaddy Records; Prepared Request for Leave; Prepared Reply to Plaintiff's Response to Order to Show Cause | 3.50 | |
| 06/04/13 | Harris Spinoff Litigation | AF Holdings v. Harris | Billable Time | Revised Reply to Plaintiff's Response to Order to Show Cause; Prepared Exhibits; Prepared Cover Sheet to Lodged Proposed Document; Filed Request for Leave and Lodged Proposed Document | 2.60 | |
| 06/05/13 | Harris Spinoff Litigation | AF Holdings v. Harris | Billable Time | Telephone call with Morgan Pietz re John Steele declaration; Reviewed Materials In Preparation for Motion Objecting to Steele's Declaration and Show Cause Hearing | 2.80 | |
| 06/06/13 | Harris Spinoff Litigation | AF Holdings v. Harris | Billable Time | Prepared and Revised Objection to John Steele's Affidavit; Prepared Exhibits to Same; Filed Objection and Exhibits; Preparing for OSC Hearing | 2.90 | |

| Date | Project | Task | Type | Notes | Hours |
|---|---|---|---|---|---|
| 06/07/13 | Harris Spinoff Litigation | AF Holdings v. Harris | Billable Time | Reviewed Plaintiff's Motion to Continue OSC Hearing; Response to Motion for Leave; Prepared and Revised Reply; Prepared exhibits and filed same | 2.20 |
| 06/20/13 | Harris Spinoff Litigation | AF Holdings v. Harris | Billable Time | Reviewed Plaintiff's Motion to Continue OSC; Prepared and Filed Response and Non-Objection re same; | 0.30 |
| 07/19/13 | Harris Spinoff Litigation | AF Holdings v. Harris | Billable Time | Prepared for OSC Hearing; Appeared at OSC hearing; Prepared Correspondence to Clients re ▮▮▮ | 3.30 |
| 07/20/13 | Harris Spinoff Litigation | AF Holdings v. Harris | Billable Time | Prepared Correspondence to Steve Goodhue re Attorneys' Fees | 0.40 |
| 07/29/13 | Harris Spinoff Litigation | AF Holdings v. Harris | Billable Time | Legal Research re local rules and basis for attorneys' fees; Began Preparing Motion for Attorneys' Fees re Eligibility Section | 3.20 |
| 07/30/13 | Harris Spinoff Litigation | AF Holdings v. Harris | Billable Time | Attorneys fees App re Entitlement, Reasonable Rate and Reasonable Hours | 4.40 |
| 08/02/13 | Harris Spinoff Litigation | AF Holdings v. Harris | Billable Time | Prepared Motion for Attorneys' Fees Section re Principals Joint and Several Liability; Revised Entire Motion; Prepared Statement of Consultation and Declaration ISO Motion; Prepared Other Exhibits; | 3.80 |
| **Total** | | | | | **63.50** |
| | | | | | |
| **ALL TOTAL** | | | | | **63.50** |