About Us    Notable Decisions    Sample Cases    Anti-Piracy News Desk

# Sample Cases



This is not the Mona Lisa

Prior to actually naming and serving individuals accused of various civil and criminal acts against our clients, we attempt to reach out and resolve the issue with the infringer/hacker directly. While we are able to resolve the matter in some cases, some alleged infringers wish to go to trial over the matter. In such cases, we accommodate the infringer by naming and serving them in their home state. Not responding to court documents is very dangerous, as it often leads to default judgments, like this one entered October 9, 2012 against Darryl Lassere. Below is a sample of individuals who chose to litigate the matter and are currently in court over their alleged infringement:

- Stein Hals  Stein Hals - 3:12-CV-01189 (TN) ...
- Michael Foote  Michael Foote - 1:12-CV-03570 (IL)...
- Gerlad L. Glover, III  Gerald L. Glover, III - 1:12-CV-00808 JMS-DML (IN) ...
- Theodore Hutcherson  Theodore Hutcherson - 3:12-CV-05833-JCS (CA)...
- Sandipan Chowdhury  Sandipan Chowdhury - 1:12-CV-12105 (MA) ...
- Matthew Burnell  Matthew Burnell - 1:12-CV-01256 (MI)...
- Rajesh Patel  Rajesh Patel - 2:12-CV-00262-WCO (GA)...
- Joseph Skoda  Joseph Skoda - 2:12-CV-01663-JAM-JFM (CA)...
- June Quantong  June Quantong - 4:12-CV-02411-PJH (CA)...
- Steven Pecadeso  Steven Pecadeso - 3:12-CV-02404-SC (CA)...
- Joe Navasca  Joe Navasca - 3:12-CV-02396-EMC (CA)...
- Chris Rogers  Chris Rogers - 3:12-CV-01519-BTM-BLM (CA) ...
- Carlos Martinez  Carlos Martinez - 1:12-CV-03567 (IL) ...
- Jason Hawk  Jason Hawk - 1:12-CV-04236 (IL) ...
- Perry Miloglou  Perry Miloglou - 1:12-CV-05077 (IL)...
- Ryan Jacobs  Ryan Jacobs - 1:12-CV-04240 (IL)...
- Eleazar Santana  Eleazar Santana - 1:12-CV-04239 (IL) ...
- Julio Baez  Julio Baez - 1:12-CV-06405 (IL) ...
- Robert Olson  Robert Olson - 1:12-CV-00685-ML-LDA (RI) ...
- John Foster  John Foster - 3:12-CV-30164-KPN (MA) ...
- Joshua Demelo  Joshua Demelo - 1:12-CV-11851-MBB (MA)...

## BitTorrent Betty's Tweets

Error: Twitter did not respond. Please wait a few minutes and refresh this page.

- Alec Chrzanowski Alec Chrzanowski - 1:12-CV-11842 (MA) ...
- Maxime St. Louis Maxime St. Louis - 4:12-CV-11797-TSH (MA) ...
- Hajime Okuda Hajime Okuda - 1:12-CV-11850-MLW (MA)...
- John Grenier John Grenier - 1:12-CV-11843 (MA)...
- Jason Martinez Jason Martinez - 1:12-CV-11848-PBS (MA) ...
- Mayank Patel Mayank Patel - 2:12-CV-06210 (NJ)...
- Evans Papantouros Evans Papantouros - 3:12-CV-06013-MAS-TJB (NJ)...
- Frederick C. Highfield Frederick C. Highfield - 1:12-CV-06033-JEI-AMD (NJ)...
- Richard Lovejoy Richard Lovejoy - CV-12-196 (ME)...
- Thomas Lemay Thomas Lemay - CV-12-197 (ME)...
- Gary Millican Gary Millican - 2:12-CV-00259 (GA) ...
- Ben Sanders Ben Sanders - 2:12-CV-00258-WCO (GA) ...
- Benjamin Curtis Benjamin Curtis - 1:12-CV-03773-CAP (GA)...
- Robert Unger Robert Unger - 1:12-CV-03665-RLV (GA)...
- Paul Stapleton Paul Stapleton - 1:12-CV-00166-WLS (GA) ...
- Perry Jackson Perry Jackson - 5:12-CV-00429-MTT (GA)...
- Reginald Patterson Reginald Patterson - 3:12-CV-00144-CAR (GA) ...
- Justin Miller Justin Miller - 3:12-CV-00143-CAR (GA)...
- Nick Klimek Nick Klimek - 1:12-CV-03838-TCB (GA)...
- Tin Lam Tin Lam - 1:12-CV-03771-ODE (GA)...
- Michael Davidson Michael Davidson - 1:12-CV-03772-RWS (GA) ...
- Shainal Nagar Shainal Nagar - 1:12-CV-03578-TWT (GA) ...
- David Green, Jr. David Green, Jr. - 1:12-CV-03557-JOF (GA)...
- Howard Robinson Howard Robinson - 1:12-CV-03542-ODE (GA) ...
- Lorenzo Belmontes, Jr. Lorenzo Belmontes, Jr - 2:12-CV-01067-KJM-CKD (CA)...
- Taurence Lopez Taurence Lopez - 4:12-CV-0741-DCB (AZ)...
- James Forth James Forth - 4:12-CV-00740-CKJ (AZ)...
- Charlie Burrell Charlie Burrell - 4:12-CV-00739-FRZ (AZ)...
- Michael Tekala Michael Tekala - 2:12-CV-02157-GMS (AZ) ...
- Zeke Lundstrum Zeke Lundstrum - 2:12-CV-02142-SRB (AZ) ...
- Eric Lemnitzer Eric Lemnitzer - 2:12-CV-02141-FJM (AZ)...
- Carl Strickland Carl Strickland - 2:12-CV-02140-ROS (AZ) ...
- Andres Chen Andres Chen - 2:12-CV-02151-MEA (AZ)...
- Jerry Aurilia Jerry Aurilia - 2:12-CV-02139-SPL (AZ) ...
- Kevin Antrosiglio Kevin Antrosiglio - 2:12-CV-02138-GMS (AZ) ...
- Adam Nichols Adam Nichols - 2:12-CV-02156-MHB (AZ) ...
- Ngoc Nguyen Ngoc Nguyen - 2:12-CV-02154-FJM (AZ) ...
- Purnell Phillips Purnell Phillips - 2:12-CV-02137-MEA (AZ)...
- Jeff Montgomery Jeff Montgomery - 2:12-CV-02153-ROS (AZ)...
- Brian Trottier Brian Trottier - 2:12-CV-02136-GMS (AZ)...
- Erick Guevara Erick Guevara - 2:12-CV-02152-JAT (AZ)...
- Matthew Michuta Matthew Michuta - 2:12-CV-02143-DGC (AZ) ...
- Robert Richardson Robert Richardson - 2:12-CV-02148-PGR (AZ)...
- Andrew Simoneschi Andrew Simoneschi - 2:12-CV-02147-PGR (AZ)...
- Taylor Velasco Taylor Velasco - 2:12-CV-02146-FJM (AZ)...
- Douglas Buchanan Douglas Buchanan - 2:12-CV-02145-DKD (AZ) ...
- David Harris David Harris - 2:12-CV-02144-MHB (AZ)...
- Walter Szarek Walter Szarek - 2:12-CV-2134-SPL (AZ)...

- John Song John Song - 2:12-CV-02132-GMS (AZ) ...
- Steven Laizure Steven Laizure - 2:12-CV-02131-DGC (AZ)...
- Christopher Heggum Christopher Heggum - 2:12-CV-02130-LOA (AZ)...
- Rick Friend Rick Friend - 2:12-CV-02125-NVM (AZ) ...
- AJ Chubbuck AJ Chubbuck - 2:12-CV-02124-DGC (AZ) ...
- Danny Chambless Danny Chambless - 1:12-CV-03839-AT (GA)...
- Andrew Gutierrez Andrew Gutierrez - 2:12-CV-02127-SPL (AZ) ...
- Rim Boltong Rim Boltong - 1:12-CV-03482-MHS (GA) ...
- Matthew Taylor Matthew Taylor - 3:12-CV-00160-TCB (GA) ...
- Max Hilmo Max Hilmo - 2:12-00263-WCO (GA)...
- Christopher Eachus Christopher Eachus - 1:12-CV-06032-JBS-AMD (NJ)...
- Lazaro Ana Contreras Lazaro Ana Contreras - 1:12-CV-06031-RMB-AMD (NJ)...
- Steve Sullivan Steve Sullivan - 1:12-CV-01100 (MI)...
- Andrew Standley Andrew Standley - 2:12-CV-14746-GAD-DRG (MI)...
- Nicholas Bossard Nicholas Bossard - 1:12-CV-01101 (MI)...
- Michael Pacheco Michael Pacheco - 1:12-CV-01102 (MI) ...
- James Davis James Davis - 1:12-CV-22149-JEM (FL) ...
- Javier Ubieta Javier Ubieta - 1:12-CV-22155-CMA (FL)...
- Erik Diep Erik Diep - 4:12-CV-14459-DPH-RSW (MI) ...
- Nigel Sookdeo Nigel Sookdeo - 1:12-CV-22146-CMA (FL)...
- Vaden Cook Vaden Cook - 5:12-CV-14455-SFC-DRG (MI)...
- James Szewczyk James Szewczyk - 2:12-CV-14453-MAG-LJM (MI)...
- Allen Keehn Allen Keehn - 2:12-CV-JAC-MKM (MI) ...
- Joseph Jenkins Joseph Jenkins - 2:12-CV-14450-DML-RSW (MI)...
- David Olivo David Olivo - 3:12-CV-01403 (CT)...
- Elliott Olivas Elliott Olivas - 3:12-CV-01401-JBA (CT)...
- Kevin Nevins Kevin Nevins - 3:12-CV-01404-SRU (CT) ...
- Craig Fenn Craig Fenn - 3:12-CV-01402-VLB (CT)...
- Jonathan J. Abarca Jonathan J. Abarca - 3:12-CV-01400-SRU (CT) ...
- Udish Sundarrajan Udish Sundarrajan - 2:12-CV-01078-GEB-GGH (CA) ...
- Matthew Ciccone Matthew Ciccone - 2:12-CV-14442-GAD-LJM (MI)...
- Shehzad Lakdawala Shehzad Lakdawala - 2:12-CV-14444-GCS-MKM (MI) ...
- Jason Hinds Jason Hinds - 2:12-CV-14445-AJT-MJH (MI)...
- Michael Murray Michael Murray - 2:12-CV-14443-GAD-LJM (MI)...
- Matthew Baldwin Matthew Baldwin - 1:12-CV-11841 (MA)...
- Michael Nissensohn Michael Nissensohn - 1:12-CV-00687-M-DLM (RI)...
- Timothy Trafford Timothy Trafford - 1:12-CV-00686-S-DLM (RI) ...
- Norbert Weitendorf Norbert Weitendorf - 1:12-CV-07826 (IL) ...
- Dewey Wilson Dewey Wilson - CV-2012-900893 (AL)...
- Adam Sekora Adam Sekora - CV-2012-053194 (AZ)...
- World Timbers World Timbers - CV-2012-053230 (AZ) ...
- Reza Shemira Reza Shemira - 37-2012-00100384 (CA)...
- Jesse Nason Jesse Nason - CV-2012-0057950 (CA)...
- Samuel Teitelbaum Samuel Teitelbaum - CV-2011-05628-JCS (CA)...
- Joe Vasquez Joe Vasquez - CV-2011-03080-MCE-KJN (CA)...
- Jeff Goldberg Jeff Goldberg - CV-2011-03074-KJM-CKD (CA)...
- Jason Angle Jason Angle - CV-2011-03077-JAM-KJN (CA)...
- Sebastian Lopez Sebastian Lopez - CV-2012-03114 (FL)...