

# CORPORATION FILE DETAIL REPORT

| Entity Name | PRENDA LAW INC. | File Number | 68212189 |
| --- | --- | --- | --- |
| Status | DISSOLVED | | |
| Entity Type | CORPORATION | Type of Corp | DOMESTIC BCA |
| Incorporation Date (Domestic) | 11/07/2011 | State | ILLINOIS |
| Agent Name | PAUL DUFFY | Agent Change Date | 11/07/2011 |
| Agent Street Address | 161 N CLARK ST STE 3200 | President Name & Address | PAUL DUFFY |
| Agent City | CHICAGO | Secretary Name & Address | VOLUNTARY DISSOLUTION 07 26 13 |
| Agent Zip | 60601 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 02/06/2013 | For Year | 2012 |

Return to the Search Screen

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE