# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AF HOLDINGS, L.L.C., a St. Kitts and Nevis limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>DAVID HARRIS,<br><br>Defendant. | Case No.: 2:12-cv-02144-PHX – GMS<br><br>**[PROPOSED] ORDER GRANTING NON-PARTIES MOTION FOR ATTORNEYS' FEES** |

Upon consideration of the non-parties' Motion for Attorneys' Fees, all briefings, and the entire record in this matter, it is hereby ORDERED granting the non-parties motion for attorneys' fees in the amount of _____ and against Plaintiff. It is further ORDERED that John Steele, Paul Hansmeier and Paul Duffy shall be jointly and severally liable with Plaintiff for the award of attorneys' fees.

**Kelly / Warner, PLLC.**
404 S. Mill Ave., Suite C-201
Tempe, AZ 85281
Telephone: (480) 991-9077

1