# EXHIBIT A

# U.S. District Court
## District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:11-cv-01274-RBW

| | |
|---|---|
| AF HOLDINGS LLC v. DOES<br>Assigned to: Judge Reggie B. Walton<br>Demand: $100,000<br>Cause: 17:101 Copyright Infringement | Date Filed: 07/13/2011<br>Date Terminated: 03/01/2012<br>Jury Demand: None<br>Nature of Suit: 820 Copyright<br>Jurisdiction: Federal Question |

**Plaintiff**

**AF HOLDINGS LLC**   represented by   **Timothy Vitow Anderson**
ANDERSON &ASSOCIATES, PC
2492 North Landing Road
Suite 104
Virginia Beach, VA 23456
(757) 301-3636
Fax: (757) 301-3640
Email: timanderson@virginialawoffice.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**DOES**
*1-1,140*

V.

**Interested Party**

**SALIHA HADZIOMEROVIC**   represented by   **SALIHA HADZIOMEROVIC**
PRO SE

**Interested Party**

**KAREN TRUESDALE**   represented by   **KAREN TRUESDALE**
PRO SE

**Interested Party**

**RIMBAUD N. BOLTONG**   represented by   **RIMBAUD N. BOLTONG**
*also known as*                                 PRO SE
RIM

**Interested Party**

**MARIA REYES**   represented by   **MARIA REYES**
PRO SE

**Interested Party**

**WILLIAM C. VERGO**   represented by   **WILLIAM C. VERGO**
PRO SE

**Interested Party**

**KASTURI THANGRI**   represented by   **KASTURI THANGRI**
PRO SE

**Interested Party**

**SANDIPAN CHOWDHURY**

**Interested Party**

**SING MANIVONG**            represented by   **SING MANIVONG**
PRO SE

**Interested Party**

**HONG MANIVONG**            represented by   **HONG MANIVONG**
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 07/13/2011 | 1 | COMPLAINT against DOES ( Filing fee $ 350, receipt number 4616040632) filed by AF HOLDINGS LLC. (Attachments: # 1 Civil Cover Sheet)(td, ) (Entered: 07/15/2011) |
| 07/13/2011 | 2 | LCvR 7.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by AF HOLDINGS LLC identifying Corporate Parent NONE for AF HOLDINGS LLC. (td, ) (Entered: 07/15/2011) |
| 07/21/2011 | | SUMMONS Not Issued as to DOES (dr) (Entered: 07/21/2011) |
| 07/25/2011 | 3 | Ex Parte MOTION for Discovery *and Memorandum of Law* by AF HOLDINGS LLC (Attachments: # 1 Exhibit Declaration, # 2 Text of Proposed Order)(Anderson, Timothy) (Entered: 07/25/2011) |
| 09/08/2011 | 4 | ORDER granting 3 Motion for Leave to Take Discovery. The plaintiff may conduct immediate discovery by serving the internet service providers listed in Exhibit A to the Complaint with a subpoena under Federal Rule of Civil Procedure 45 for the purpose of identifying each Doe defendant, such as the individual's name, current and permanent address, telephone number, e−mail address, and Media Access Control Address. The plaintiff may serve a Rule 45 subpoena in the same manner stated in the preceding decretal paragraph on any intermediary internet service provider identified in response to a subpoena as providing online services and/or network access to one of the Doe defendants. Any information disclosed to the plaintiff in response to a Rule 45 subpoena may be used by the plaintiff solely for the purpose of protecting the plaintiff's rights as set forth in the Complaint. If and when an internet service provider is served with a subpoena, the provider shall give written notice, which may include e−mail notice, to any affected subscribers within five business days, and such notice shall inform the subscribers of their right to challenge the subpoena in this Court. If the internet service provider or any defendant seeks to modify or quash a subpoena, the party must do so before the return date of the subpoena, which shall be no earlier than thirty days from the date of service. The internet service provider shall preserve any subpoenaed information pending the resolution of any timely filed motion to quash. The plaintiff shall provide each subpoenaed internet service provider with a copy of this Order as well as the Complaint in this action. Finally, on or before November 11, 2011, the plaintiff shall file a status report apprising the Court of its progress in determining the identity of the Doe defendants, as well as an expected completion date of the limited discovery authorized by this Order. Signed by Judge Reggie B. Walton on 9−8−11 (lcrbw3). (Entered: 09/08/2011) |
| 09/08/2011 | | Set/Reset Deadlines: Status Report due by 11/11/2011 (mpt, ) (Entered: 09/08/2011) |
| 10/10/2011 | 5 | NOTICE of Voluntary Dismissal re DOES 1−8 (Attachments: # 1 Exhibit)(Anderson, Timothy) (Entered: 10/10/2011) |
| 10/20/2011 | 6 | NOTICE of Voluntary Dismissal re DOES 9−15 (Attachments: # 1 Exhibit Dismissal of IP addresses of Defendants 9−15)(Anderson, Timothy) (Entered: 10/20/2011) |
| 10/28/2011 | 11 | MOTION to Quash by SALIHA HADZIOMEROVIC; ("This is construed as a motion to quash and leave to file is granted." by Judge Walton) (td, ) (Entered: 12/06/2011) |

| 10/28/2011 | 12 | MOTION to Quash by KAREN TRUESDALE; ("Leave to file is granted." by Judge Walton) (td, ) (Entered: 12/06/2011) |
|---|---|---|
| 10/28/2011 | 13 | MOTION to Quash, MOTION to Vacate, MOTION to Dismiss for Lack of Jurisdiction, MOTION for Protective Order by RIMBAUD N. BOLTONG; (":Leave to file is granted." by Judge Walton) (td, ) (Entered: 12/06/2011) |
| 10/28/2011 | 14 | MOTION to Quash by MARIA REYES; ("Leave to file is granted" by Judge Walton) (td, ) (Entered: 12/06/2011) |
| 11/04/2011 | 16 | MOTION to Quash, MOTION to Dismiss by KASTURI THANGRI; ("Leave to file is granted" by Judge Walton) (td, ) (Entered: 12/06/2011) |
| 11/09/2011 | 15 | MOTION to Quash by WILLIAM C. VERGO; ("Leave to file is granted." by Judge Walton) (td, ) (Entered: 12/06/2011) |
| 11/10/2011 | 7 | NOTICE of Voluntary Dismissal re Does 16−35 (Attachments: # 1 Exhibit)(Anderson, Timothy) (Entered: 11/10/2011) |
| 11/10/2011 | 8 | STATUS REPORT by AF HOLDINGS LLC. (Anderson, Timothy) (Entered: 11/10/2011) |
| 11/28/2011 | 9 | MOTION to Clarify by AF HOLDINGS LLC (Attachments: # 1 Text of Proposed Order)(Anderson, Timothy) (Entered: 11/28/2011) |
| 11/28/2011 | 17 | MOTIONS for Protective Order, to Quash, and to Dismiss . Judge Reggie B. Walton on 11/28/11 approved filing of these documents by fiat. (ztd, ); ("Leave to file is granted" by Judge Walton) Modified on 12/6/2011 (ztd, ) Modified on 2/2/2012 (znmw, ). (Entered: 12/06/2011) |
| 11/30/2011 | 10 | NOTICE of Voluntary Dismissal re Does 36−65 (Attachments: # 1 Exhibit Does 36−65)(Anderson, Timothy) (Entered: 11/30/2011) |
| 12/19/2011 | 18 | REPLY to opposition to motion re 11 MOTION to Quash filed by AF HOLDINGS LLC. (Attachments: # 1 Text of Proposed Order)(Anderson, Timothy) (Entered: 12/19/2011) |
| 12/19/2011 | 19 | REPLY to opposition to motion re 12 MOTION to Quash filed by AF HOLDINGS LLC. (Attachments: # 1 Text of Proposed Order)(Anderson, Timothy) (Entered: 12/19/2011) |
| 12/19/2011 | 20 | REPLY to opposition to motion re 13 MOTION to Quash MOTION to Vacate MOTION to Dismiss for Lack of Jurisdiction MOTION for Protective Order filed by AF HOLDINGS LLC. (Attachments: # 1 Text of Proposed Order)(Anderson, Timothy) (Entered: 12/19/2011) |
| 12/19/2011 | 21 | REPLY to opposition to motion re 14 MOTION to Quash filed by AF HOLDINGS LLC. (Attachments: # 1 Text of Proposed Order)(Anderson, Timothy) (Entered: 12/19/2011) |
| 12/19/2011 | 22 | REPLY to opposition to motion re 15 MOTION to Quash filed by AF HOLDINGS LLC. (Attachments: # 1 Text of Proposed Order)(Anderson, Timothy) (Entered: 12/19/2011) |
| 12/19/2011 | 23 | REPLY to opposition to motion re 16 MOTION to Quash MOTION to Dismiss filed by AF HOLDINGS LLC. (Attachments: # 1 Text of Proposed Order)(Anderson, Timothy) (Entered: 12/19/2011) |
| 12/19/2011 | 24 | REPLY to opposition to motion re 17 SEALED MOTIONS for Protective Order, to Quash, and to Dismiss filed by SANDIPAN CHOWDHURY. Judge Reggie B. Walton on 11/28/11 approved filing of these documents by fiat.(These documents are SEALED and only available to authorized persons.)SEALED MOTIONS for Protective Order, to Quash, and to Dismiss filed by SANDIPAN CHOWDHURY. Judge Reggie B. Walton on 11/28/11 approved filing of these documents by fiat.(These documents are SEALED and only available to authorized persons.) filed by AF HOLDINGS LLC. (Attachments: # 1 Text of Proposed Order)(Anderson, Timothy) (Entered: 12/19/2011) |

| | | |
|---|---|---|
| 12/30/2011 | 25 | MOTION filed by DOES. ("Leave to file is granted" by Judge Walton(ztd, ) Modified on 2/2/2012 (znmw, ). (Entered: 12/30/2011) |
| 12/30/2011 | 26 | MOTION to Quash by DOES; "Leave to file is granted" by Judge Walton (ztd, ) (Entered: 12/30/2011) |
| 01/09/2012 | 27 | REPLY to opposition to motion re 26 MOTION to Quash filed by AF HOLDINGS LLC. (Anderson, Timothy) (Entered: 01/09/2012) |
| 01/20/2012 | 28 | MOTION to Quash, MOTION to Vacate, MOTION to Modify by SING MANIVONG; "Leave to file is granted" by Judge Walton (td, ) (Entered: 01/27/2012) |
| 01/30/2012 | 29 | ORDER denying 9 Motion to Clarify; denying 11 Motion to Quash; denying 12 Motion to Quash; denying 13 Motion to Quash; denying 13 Motion to Vacate ; denying 13 Motion to Dismiss for Lack of Jurisdiction; denying 13 Motion for Protective Order; denying 14 Motion to Quash; denying 15 Motion to Quash; denying 16 Motion to Quash; denying 16 Motion to Dismiss; denying 17 Sealed Motions for Protective Order, to Quash, and to Dismiss ; denying 25 Sealed Motion; denying 26 Motion to Quash; denying 28 Motion to Quash; denying 28 Motion to Vacate ; denying 28 Motion to Modify. For the reasons set forth in the attached Order, it is ORDERED that the putative defendants' motions to dismiss the complaint for misjoinder are DENIED. It is further ORDERED that the putative defendants' motions to dismiss the complaint or quash the subpoenas for lack of personal jurisdiction are DENIED without prejudice. It is further ORDERED that the putative defendants' motions to dismiss the complaint or quash the subpoenas because they did not engage in the downloading or uploading activity alleged in the complaint are DENIED without prejudice. It is further ORDERED that the putative defendants' motions to quash the subpoena because the subpoena fails to provide a reasonable time for compliance and otherwise imposes an undue burden on the putative defendants are DENIED. It is further ORDERED that the putative defendants' motions to proceed anonymously and to seal their filings in this case for the purpose of concealing their personal identifying information from the plaintiff are DENIED. It is further ORDERED that the plaintiff's motion for a clarifying order regarding the status of the motions to quash in this action is DENIED as moot. The plaintiff is advised that, as a consequence of the foregoing rulings, no motions to quash remain pending in this action. It is further ORDERED that the Clerk of Court shall UNSEAL any filing submitted under seal in this case. It is further ORDERED that the plaintiff shall file a status report on February 6, 2012, indicating the expected completion of the limited discovery authorized by this Court's September 8, 2011 Order. Signed by Judge Reggie B. Walton on 1–30–12 (lcrbw3). (Entered: 01/30/2012) |
| 01/31/2012 | | Set/Reset Deadlines: Status Report due by 2/6/2012 (mpt) (Entered: 01/31/2012) |
| 02/01/2012 | 31 | MOTION to Quash, MOTION to Vacate, MOTION to Modify by HONG MANIVONG; "Leave to file is granted" by Judge Walton (td, ) (Entered: 02/07/2012) |
| 02/06/2012 | 30 | STATUS REPORT by AF HOLDINGS LLC. (Attachments: # 1 Exhibit)(Anderson, Timothy) (Entered: 02/06/2012) |
| 02/14/2012 | | MINUTE ORDER. The Court having considered the plaintiff's status report, and to ensure expeditious resolution of this action, it is ORDERED that the limited discovery authorized by this Court's September 8, 2011 Order shall close on March 2, 2012. It is further ORDERED that the plaintiff shall name and serve the defendants in this action by March 9, 2012. Signed by Judge Reggie B. Walton on 2–14–12(lcrbw3). (Entered: 02/14/2012) |
| 02/14/2012 | 32 | ENTERED IN ERROR. . . . .REPLY to opposition to motion re 31 MOTION to Quash MOTION to Vacate MOTION to Modify filed by AF HOLDINGS LLC. (Anderson, Timothy) Modified on 2/15/2012 (td, ). (Entered: 02/14/2012) |
| 02/14/2012 | | MINUTE ORDER denying 31 Motion to Quash; denying 31 Motion to Vacate ; denying 31 Motion to Modify. For the reasons set forth in the Court's January 30, 2012 Order 29 , the putative defendant's Motion to Quash, Vacate, or Modify a Subpoena is DENIED. Signed by Judge Reggie B. Walton on 2–14–12 (lcrbw3). (Entered: 02/14/2012) |

| | | |
|---|---|---|
| 02/14/2012 | | Set/Reset Deadlines: Name and Serve Defendants by 3/9/2012. (mpt) (Entered: 02/14/2012) |
| 02/14/2012 | 33 | Memorandum in opposition to re 31 MOTION to Quash MOTION to Vacate MOTION to Modify filed by AF HOLDINGS LLC. (td, ) (Entered: 02/15/2012) |
| 02/14/2012 | | NOTICE OF CORRECTED DOCKET ENTRY: re 32 Reply to opposition to Motion was entered in error and refiled as docket entry no. 33 (td, ) (Entered: 02/15/2012) |
| 02/29/2012 | 34 | NOTICE of Voluntary Dismissal by AF HOLDINGS LLC (Anderson, Timothy) (Entered: 02/29/2012) |