Paul D. Ticen (AZ Bar # 024788)
**Kelley / Warner, P.L.L.C.**
8283 N. Hayden Rd., #229
Scottsdale, Arizona 85258
Tel: 480-331-9397
Dir Tel: 480-636-8150
Fax: 480-907-1235
Email: paul@kellywarnerlaw.com

Attorney for Non-Party Subpoena Targets

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AF HOLDINGS, L.L.C., a St. Kitts and Nevis limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>DAVID HARRIS,<br><br>Defendant. | Case No.: 2:12-cv-02144-PHX – GMS<br><br>**SUPPLEMENTAL DECLARATION IN SUPPORT OF APPLICATION FOR ATTORNEYS' FEES AND COSTS** |

STATE OF ARIZONA    )
                    ) ss.
County of Maricopa  )

I, Paul D. Ticen, being first duly sworn upon oath, depose and state as follows:

1. I was first admitted to the practice of law in Arizona in October 2006.

2. I obtained my law degree from University of the Pacific – McGeorge School of Law in 2006.

3. I am an attorney and of counsel with the law firm Kelly / Warner, PLLC, and I have practiced primarily in litigation for approximately 6 years, with the last 2-3 in specialized areas such as copyright, trademark, and Internet related issues such as the Computer Fraud and Abuse Act.

4. I am the attorney of record for the non-parties and make this Declaration of my own personal knowledge for and on behalf of the non-parties, being duly authorized to do so.

5. This supplements the declaration (Doc 88-3) submitted to the Court on August 2, 2013in support of the non-parties' motion for attorneys' fees

6. As a result of Plaintiff's response, I spent time analyzing Plaintiff's response and preparing/filing a reply in support of the non-parties' motion.

7. The following is a summary of unbilled hours expended by me between August 19th and August 25th:

    Paul Ticen        5.4 hours at $250.00 per hour        $1,350.00.

8. The total amount of attorneys' fees is $17,225 ( 68.9  hours  at  $250  per hour).

I declare under penalty of perjury that the foregoing is true and correct.

RESPECTFULLY submitted this 25th day of August, 2013.

**KELLY / WARNER, PLLC**

By    /s/ Paul D. Ticen
       Paul D. Ticen
       8283 N. Hayden Rd., #229
       Scottsdale, Arizona 85258
       Attorney for Non-Party Subpoena Targets