1  Steven James Goodhue (#029288)
   Law Offices of Steven James Goodhue
2  9375 East Shea Blvd., Suite 100
   Scottsdale, AZ  85260
3  Telephone: (480) 214-9500
   Facsimile: (480) 214-9501
4  E-Mail: sjg@sjgoodlaw.com

5  *Attorney for Plaintiff*
   *AF Holdings, L.L.C.*

6

7                    **IN THE UNITED STATES DISTRICT COURT**

8                        **FOR THE DISTRICT OF ARIZONA**

9

10 AF HOLDINGS, L.L.C., a St. Kitts and Nevis          **CASE NO.: 2:12-CV-02144-PHX-GMS**
   limited liability company,

11
   Plaintiff,
12 v.                                                  **PLAINTIFF'S MOTION FOR LEAVE
                                                       TO FILE A MOTION TO STRIKE, OR
13 DAVID HARRIS,                                       IN THE ALTERNATIVE, A SUR-
                                                       REPLY TO THE NON-PARTIES'
14 Defendant.                                          REPLY IN SUPPORT OF THEIR
                                                       MOTION FOR ATTORNEYS' FEES**
15

16

17          Plaintiff AF Holdings, L.L.C. ("Plaintiff"), through its undersigned counsel, hereby submits

18  its Motion for Leave to File a Motion to Strike or, in the Alternative, a Sur Reply to the Non-Parties

19  Reply in Support of their Motion for Attorney's Fees, and as grounds therefore, states as follows:

20          Plaintiff acknowledges that the use of motions to strike and sur-replies are generally

21  disfavored, but submits that the instant circumstances warrant one or both of these motions.

22          On August 2, 2013, a Motion for Attorneys' Fees was filed by John Doe. (ECF No. 88.)

23  Plaintiff submitted its opposition on August 16, 2013. (ECF No. 89.) In its Opposition, Plaintiff

24  noted that the record was "uncontroverted" with respect to Plaintiff's ownership. (*Id.*) On August 25,

                                                1

2013, Movant submitted his reply. (ECF No. 93.) Along with his reply, Movant raised new arguments, pointed to new evidence and even submitted new requests for relief in the form of an evidentiary hearing. Movant's efforts blatantly contravene the Local Rules, well settled Ninth Circuit precedent and deprive Plaintiff of a meaningful opportunity to respond. *See* Local Rules Civ. 7.2 ("the moving party shall serve and file with the motion's papers a memorandum setting forth the points and authorities relied upon in support of the motion"); *Provenz v. Miller*, 102 F.3d 1478, 1483 (9th Cir. 1996) (*quoting Black v. TIC Inv. Corp.,* 900 F.2d 112, 116 (7th Cir. 1990) ("'where new evidence is presented in a reply to a motion … district courts should not consider the new evidence without giving the non-movant an opportunity to respond.'"); *Docusign, Inc. v. Sertifi, Inc.*, 2006 WL 3000134, *2 (W.D. Wash. 2006) (*citing United States v. Patterson,* 230 F.3d 1168, 1172 n.3 (9th Cir. 2000) ("It is well established that new arguments and evidence presented for the first time in Reply are waived.").

Further, Movant has substantially mischaracterized the newly proffered excerpts of record from other proceedings, the law regarding his new arguments and entirely failed to address whether he is entitled to seek the new forms of relief he seeks. "To permit [Movant] to supplement the record further at this stage of the proceedings in order to correct deficiencies in the original showing would simply prejudice [Plaintiff] further and reward [Movant's] questionable litigation strategy." *Glow Indus., Inc. v. Lopez*, 252 F. Supp. 2d 962, 1005 n.150 (C.D. Cal. 2002).

For these reasons, Plaintiff respectfully requests leave to file a Motion to Strike or, in the Alternative, a Sur-Reply to Movant's Reply in Support of its Motion for Attorneys' Fees, in order to object to the new evidence submitted by Movant, to address the new arguments raised by Movant, to oppose the newly requested forms of relief and/or to clarify what Plaintiff contends are grossly misleading and incorrect statements of law and fact.

Contemporaneously herewith, Plaintiff has lodged its proposed Motion to Strike, or in the Alternative, Sur-Reply to the Non-Parties' Reply in Support of their Motion for Attorneys' Fees.

1

2   Dated this 16th day of September, 2013

3

4                                             Law Offices of Steven James Goodhue

5
                                          By: _/s/ Steven James Goodhue_____
6                                               Steven James Goodhue (#029288)
                                                9375 East Shea Blvd., Suite 100
7                                               Scottsdale, AZ  85260
                                                *Attorney for Plaintiff*
8                                               *AF Holdings, L.L.C.*

9

10      I hereby certify that on September 16, 2013, I electronically filed the foregoing with the
   Clerk of the Court for filing and uploading to the CM-ECF system which will send notifications of
11  such filing to all parties of record.

12  **A COPY** of the foregoing was mailed (or
   served via electronic notification if indicated by
13  an "*") on September 16, 2013, to:

14  Honorable G. Murray Snow *(*snow_chambers@azd.uscourts.gov*)
   U.S. District Court
15  Sandra Day O'Connor Courthouse Suite 324
   401 West Washington Street, SPC 82
16  Phoenix, Arizona 85003-7550

17  David Harris* (troll.assassins@cyber-wizards.com)
   4632 East Caballero Street, #1
18  Mesa Arizona  85205

19  Paul Ticen, Esq.* (paul@kellywarnerlaw.com)
   Kelly/Warner, PLLC
20  404 S. Mill Ave, Suite C-201
   Tempe, Arizona  85281

21

22  /s/ Steven James Goodhue

23

24

3