# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AF HOLDINGS, L.L.C., a St. Kitts and Nevis limited liability company,<br><br>Plaintiff,<br>v.<br><br>DAVID HARRIS,<br><br>Defendant. | CASE NO.: 2:12-CV-02144-PHX-GMS<br><br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE THE NON-PARTIES' REPLY IN SUPPORT OF THEIR MOTION FOR ATTORNEYS' FEES** |

This matter comes before the Court on Plaintiff's Motion to Strike or, in the Alternative, a Sur Reply to the Non-Parties Reply in Support of their Motion for Attorney's Fees, and the Court having reviewed Plaintiff's Motion, the relevant case law, the file and being fully advised in the premises:

ORDERS, Plaintiff's to Strike the Non-Parties Reply in Support of their Motion for Attorney's Fees is hereby GRANTED.

1