David Harris
4632 E. Caballero ST
Number One
Mesa, AZ   85205
(480) 297-9546
troll.assassins@cyber-wizard.com

Defendant Pro Se

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| AF Holdings, LLC | **Case 2:12-cv-02144-GMS** |
| Plaintiff, | The Honorable G. Murray Snow |
| vs. | **Motion for Judicial Ruling on Defendant's Motion to Dismiss and Plaintiff's Cross Motion to Dismiss** |
| David Harris | |
| Defendant. | |

Before the Court are Defendant's Motion to Dismiss and Plaintiff's Cross Motion to Dismiss.  On September 3rd, 2013 Plaintiff filed his Response to my Motion to Dismiss and on September 4th, 2013 filed his Cross Motion to Dismiss.  On September 15th, 2013, Defendant filed his Reply to Plaintiff's Response and his Response to Plaintiff's Cross Motion.  These filings where properly served and timely.

Pursuant to LRCiv. 7.2 and Rule 6, Fed R. Civ. P., Plaintiff's deadline to file a Reply to Defendant's Response has long since come and gone.

**THEREFORE:**

Defendant respectfully requests this honorable Court to make a ruling on these Motions before the Court and issue an Order accordingly.

///

///

1  I swear or affirm and declare or certify, verify or state under penalty of perjury that the
2  foregoing is true and correct so help me God.
3  Executed this 7th day of November, 2013.
4
5  By: /s/ David Harris
6
7  David Harris
   4632 E. Caballero St.
   Number One
8  Mesa, Arizona   85205
9  Defendant Pro Se
10
11  **CERTIFICATE OF SERVICE**
12  I hereby certify that on this 7th Day of November, 2013, a copy of the foregoing
13  was filed electronically and served upon the following by operation of the Court's
14  electronic filing system.
15  Steven James Goodhue (#029288)
    Law Offices of Steven James Goodhue
16  9375 East Shea Blvd., Suite 100
    Scottsdale, AZ 85260
17  Telephone: (480) 214-9500
    Facsimile: (480) 214-9501
18  E-Mail: sjg@sjgoodlaw.com
19  Paul Ticen, Esq.
    Kelly/Warner, PLLC
20  404 S. Mill Ave, Suite C-201
    Tempe, Arizona 85281
21  E-Mail:  paul@kellywarnerlaw.com
22  By: /s/ David Harris
23  ///
24  ///
25
26
27
28