| | | |
|---|---|---|
| ☆AO 435 (Rev. 10/05) *Read Instructions on Back:* | Administrative Office of the United States Courts **TRANSCRIPT ORDER** | FOR COURT USE ONLY DUE ~~DATE~~ NOV 2 2 2013 |

FILED LODGED
RECEIVED COPY
NOV 22 2013
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

| 1. NAME Blair Chintella | 2. PHONE NUMBER (404) 931-2090 | 3. DATE |
|---|---|---|
| 4. FIRM NAME | | |
| 5. MAILING ADDRESS 2483 Shoals Ter. | 6. CITY Decatur | 7. STATE ga | 8. ZIP CODE 30034 |
| 9. CASE NUMBER 2:12-cv-02144 | 10. JUDGE Snow | DATES OF PROCEEDINGS 11. 7/19/2013  12. |
| 13. CASE NAME AF Holdings LLC v. Harris | LOCATION OF PROCEEDINGS 14. Phoenix  15. STATE CA |

16. ORDER FOR
- ☐ APPEAL
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☐ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER *(Specify)*

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☑ OTHER (Specify) Entire hearing. | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES |
|---|---|---|---|
| 30 DAYS | ☑ | ☐ | |
| 14 DAYS | ☐ | ☐ | |
| 7 DAYS | ☐ | ☐ | |
| DAILY | ☐ | ☐ | |
| HOURLY | ☐ | ☐ | |
| REALTIME | ☐ | ☐ | |

DELIVERY INSTRUCTIONS (check all that apply)
- PAPER COPY ☑
- E-MAIL ☐
- DISK ☐
- PDF FORMAT ☐
- ASCII FORMAT ☐

ESTIMATED COSTS

CERTIFICATION (19. & 20.)
By signing below, I certify that I will pay all charges (deposit plus additional).

19. SIGNATURE [signature]

20. DATE 11/22/2013

E-MAIL ADDRESS
bchintel1@gmail.com

NOTE: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | 0.00 |
|---|---|---|---|---|
| | DATE | BY | PROCESSED BY  PHONE NUMBER | |
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY