# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| AF Holdings LLC,     ) | **JUDGMENT OF DISMISSAL** |
| ) | **IN A CIVIL CASE** |
| Plaintiff,     ) | |
| ) | CV 12-02144-PHX-GMS |
| v.     ) | |
| ) | |
| David Harris,     ) | |
| ) | |
| Defendant(s).     ) | |

\_\_\_\_   Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

  X    Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed December 11, 2013, judgment of dismissal is entered. Plaintiff's Complaint and Defendant's Counterclaims are hereby dismissed. This action is terminated.

December 11, 2013

BRIAN D. KARTH
District Court Executive/Clerk

s/ A. Smith
By: A. Smith, Deputy Clerk